```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0246--CV (JWS)
             "JASON BRESSER V SCHLUMBERGER TECHNOLOGY CORP"

        Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/17/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                    EMPLOYMENT DISPUTE
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 10/17/05 receipt # 00126800
           Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1          BRESSER, JASON                 Joseph P. Josephson
                                                Josephson & Associates PC
                                                912 W. 6th Avenue
                                                Anchorage, AK 99501
                                                907-276-0151
                                                FAX 907-276-0155

DEF 1.1          SCHLUMBERGER TECHNOLOGY CORP   Helena L. Hall
                                                Perkins Coie LLP
                                                1029 W. 3rd Avenue, Suite 300
                                                Anchorage, AK 99501
                                                907-279-8561
                                                FAX 907-276-3108

```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0246--CV (JWS)
               "JASON BRESSER V SCHLUMBERGER TECHNOLOGY CORP"

                            For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 10/17/05
           Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                    EMPLOYMENT DISPUTE
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 10/17/05 receipt # 00126800
          Trial by:


 Document #    Filed      Docket text

     1 -   1   10/17/05   DEF 1 Notice of Removal from Superior Court for State of AK case no.
                          3AN-05-11535CI w/att exhs.

     2 -   1   10/17/05   DEF 1 Notice to plf of filing of notice of removal w/att exh.

     3 -   1   10/17/05   DEF 1 Notice of filing copies of state court records and proceedings
                          w/att exhs.

     4 -   1   10/17/05   DEF 1 Service List.

     5 -   1   10/17/05   DEF 1 Disclosure statement.

     6 -   1   10/19/05   JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                          file w/crt cy of state crt docs and svc list w/i 10 days. cc: cnsl

     7 -   1   10/24/05   DEF 1 motion for more definite statement under Federal Rule of Civil
                          Procedure 12(e).

     8 -   1   10/27/05   DEF 1 Notice of filing clerk of the trial courts aff w/att exhs.
```