Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

**FILED**

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,<br><br>    Defendant. | Case No. A05-0246 CV |

### ORDER ON DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(e)

Having considered defendant's Motion and Memorandum In Support Of Motion for More Definite Statement Under Federal Rule of Civil Procedure 12(e), any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that plaintiff file an amended complaint containing a more definite statement of the claims asserted and that identifies the

basis for liability in this cases and a corrected paragraph six. The amended complaint shall be filed by ___December 21___, 2005.

DATED at Anchorage, Alaska, this __30th__ day of __Nov.__, 2005.

_____
U.S. District Court Judge

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law, 912 West Sixth Avenue, Anchorage, Alaska 99501 (fax: 276-0155) this 24th day of __October__, 2005.
Karen Richard

A05-0246--CV (JWS)   12-6-05
-----------------------------------
⟶  J. JOSEPHSON
⟶  H. HALL (PERKINS)