EXHIBIT 2

DEFENDANT'S MOTION TO DISMISS CLAIMS
FOR EMPLOYEE BENEFITS

(3:05-cv-246-TMB)

Joe P. Josephson, Esq.
Josephson & Associates
912 W. 6th Avenue
Anchorage, AK 99501
(907-276-0151
(907)276-0155

Attorney for Plaintiff

RECEIVED
H.D. 4:05
JUL 2 5 2006

PERKINS COIE
ANCHORAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JASON BRESSER,

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,

    Defendant.

Case No. A05-0246 CV

**RESPONSES TO DEFENDANT'S FIRST DISCOVERY REQUESTS TO PLAINTIFF**

COMES NOW defendant, Schlumberger Technology Corporation, by and through its attorneys, Perkins Coie, and pursuant to Federal Rules of Civil Procedure 33 and 34, requests that plaintiff answer the following interrogatories and requests for production. Plaintiff is directed to serve his responses on defendant's counsel at 1029 West Third Avenue, Suite 300, Anchorage, Alaska 99501

Exhibit 2
Page 1 of 5

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel) (907) 276-0155 (Fax)

RESPONSES TO DEFENDANT'S FIRST DISCOVERY
REQUESTS TO PLAINTIFF                - 1 -                [33454-0002/Discovery Requests]

**INTERROGATORY NO. 1:** Please identify all persons with whom you have discussed any of the incidents described in your First Amended Complaint or which form the basis of your claims against defendant, including all current and/or former employees of defendant, the substance of those discussion(s), and the dates and places such discussions occurred.

**RESPONSE:**

Larry Banning / Batteries Plus / 349-5818
Guy Sanchez / Schlumberger / 248-9930
Chris Dickman / Schlumberger / 522-5493
Julien Wilkerson / AK Axle / 373-2993
Joey LeBlanc / Schlumberger / 245-4413
Andre Nutter / Baker Hughes / 830-1640
Rod Manochie / Schlumberger / 376-9544

**INTERROGATORY NO. 2:** Please describe in detail all categories of damages you claim in this action and provide a detailed and complete computation of the damages allegedly suffered by you for each such category of damages, including (without limitation) in your answer a detailed calculation of any lost wages and benefits (past and future) allegedly suffered, a description of the methodology used to calculate any claimed damages, identification of all documents and/or data used or relied upon in calculating the damages, a detailed description of how and why you believe you have suffered those damages, and any and all attempts by you to mitigate these claimed damages.

**RESPONSE:** See Bates No. 0405.

**INTERROGATORY NO. 3:** Please describe in detail and with specificity every fact that supports your claim that

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

Exhibit 2
Page 2 of 5

RESPONSES TO DEFENDANT'S FIRST DISCOVERY
REQUESTS TO PLAINTIFF          - 13 -                    [33454-0002/Discovery Requests]

two occasions in the previous year if I wanted to become a regular employee. On both occasions I expressed my interest and willingness and waited to be contacted by management. Both times I was not contacted again.

**REQUEST FOR ADMISSION NO. 5:** Please admit that when plaintiff contracted with defendant in 2001, plaintiff owned or had an ownership interest in a business.

**RESPONSE:** False. The business was no longer operational at the end of December, 2000.

DATED at Anchorage, Alaska, this 24th day of July, 2006.

_____
Joe P. Josephson
Alaska Bar No. 6102018
Attorney for Plaintiff

I certify that on the 25 day of July, 2006 I (hand delivered)(mailed) a true copy of the foregoing to Perkins Coie attorney for Defendant, at 1029 3rd Ave Ste 300 Anchorage AK 99501
_Mindee Riedel_

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)

Exhibit 2
Page 3 of 5

RESPONSES TO DEFENDANT'S FIRST DISCOVERY
REQUESTS TO PLAINTIFF        - 23 -        [33454-0002/Discovery Requests]

VERIFICATION

STATE OF ALASKA              )
                             ) SS.
THIRD JUDICIAL DISTRICT      )

I, Jason Bresser, being first duly sworn, state that I have read the responses and answers to the foregoing discovery requests and these responses and answers are true, correct and complete to the best of my knowledge.

DATED this 24 day of July, 2006.

_____
Jason Bresser

SUBSCRIBED AND SWORN TO before me this 24 day of July, 2006.



_____
Notary Public, State of Alaska
My commission expires: 1-15-2010

Exhibit 2
Page 4 of 5

**Loss During Employment**

| | |
|---|---|
| Wages: $75,000 @ a 1.3 Alaska co-efficient = $97,500. For three years | $56,250.00 |
| Self-employment tax not paid by employer | $19,632.50 |
| Loss of benefits from 2002-2005 ($9/hour towards benefits) | $72,180.00 |
| | |
| **TOTAL** | $148,062.50 |

**Loss Since Wrongful Termination**

| | |
|---|---|
| Lost wages from 7/8/05-8/8/05 | $5,700.00 |
| Loss of income in accepting lower paying job | $25,650.00 |
| Expenses due to need to re-finance brought on by pay cut | $58,866.00 |
| Attorney fees to date | |
| | |
| **TOTAL** | |

**Special Damages for Defamation**

| | |
|---|---|
| To be determined | |
| | |

Exhibit 2
5 of 5

0 405