EXHIBIT 3

DEFENDANT'S MOTION TO DISMISS CLAIMS
FOR EMPLOYEE BENEFITS

(3:05-cv-246-TMB)

```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3
 4   JASON BRESSER,
 5              Plaintiff,
 6       vs.
 7   SCHLUMBERGER TECHNOLOGY CORPORATION,
     et al.,
 8
                Defendants.
 9   _____
10   Case No. A05-0246 Civil
11
12
13
14
                      DEPOSITION OF JASON BRESSER
15
                         Taken August 7, 2006
16                     Commencing at 9:30 a.m.
17            Volume I - Pages 1 - 165, inclusive
18
19
                       Taken by the Defendant
20                               at
                             PERKINS COIE
21                 1029 W. Third Av., Suite 300
                         Anchorage, AK  99501
22
23
24   Reported by: Susan J. Warnick, RPR
25
```

Exhibit 4
Page 1 of 3

Case No. A05-0246 CI                                                                 Jason Bresser

Page 50

1  was the next in command, and he came to me, asked me, and
2  I said yes, and I assumed that he was going to go back and
3  talk to Greg Nutter or whoever was in charge at that time,
4  and nothing ever came about after that.
5  Q   You didn't do anything to follow up?
6  A   No.
7  Q   Did you ever file any type of a claim to any of
8  Schlumberger's, like, the health care plan or any claim
9  saying, I'm an employee of Schlumberger's for all intents
10 and purposes and I should be getting benefits?
11 A   No, I didn't know I could do that.
12 Q   Again, you never went to anyone in HR, Ken Fox or
13 Kurt Trajo (ph) or any of the other people in there, Chad
14 Wilfong?
15 A   No, I never talked to any of those guys.
16 Q   And the benefits that you believe that you were
17 denied are the medical and dental and the 401k, profit
18 sharing. Anything else?
19 A   There's a pension plan. And then the vacation pay.
20 Q   What was that?
21 A   It depends on your seniority, or it did. They have
22 changed it now. I don't even think they offer it to Slope
23 workers.
24 Q   And do you know when that changed?
25 A   It was last year, 2005.

Page 51

1  Q   So before that, did you get some amount of paid
2  vacation?
3  A   Not as a contractor, no.
4  Q   But as a employee?
5  A   As an employee, yes.
6  Q   Did you have any plan about how long you were going
7  to stay with Schlumberger?
8  A   I was willing to stay there for quite some time.
9  Q   How much turnover in there in that lead technician or
10 technician position?
11 A   In the motor shop?
12 Q   Yeah.
13 A   I don't know. There is myself. Chris Dickman, he
14 worked there once, and, actually, I think this is his
15 second time working there, so.
16 Q   Have there been a lot of other people who have come
17 and gone from that position?
18 A   Not from that direct position. There's only been, I
19 think, four people.
20 Q   Is there somebody in it now?
21 A   Yeah.
22 Q   Who replaced you?
23 A   Well, I don't know if he's the lead tech, I mean.
24 Q   How about just as a tech, not being a lead; have
25 there been a lot of techs that came and went through the

Page 52

1  shop?
2  A   Oh. Yeah.
3  Q   Why? Why do people not stay; do you know?
4  A   I don't know. Mainly they don't -- probably don't
5  pay enough for what they are wanting their people to do.
6  I don't know.
7  Q   So people can go off and get better paying positions?
8  A   Probably, yeah.
9  Q   When you were hired as an independent contractor, did
10 you fill out that form to get a background check done?
11 A   No.
12 Q   No?
13 A   I don't believe.
14 Q   Did you get a drug test? I think I asked you that.
15 A   Not with a paper. They made us go down, the whole
16 crew.
17 Q   The whole crew?
18 A   Down at DOWL, I guess.
19     MR. JOSEPHSON: Can we take a break?
20     MS. HALL: Oh, absolutely.
21     (Off record.)
22 BY MS. HALL:
23 Q   We're back on record. You're still under oath,
24 Mr. Bresser. I wanted to follow up on a couple of things.
25     When you were first learned about the position

Page 53

1  that you came back to as an independent contractor, do you
2  remember having a lunch with Joey LeBlanc and John Burton
3  and talking about coming back to work?
4  A   I don't believe so, no.
5  Q   You don't believe that's where you learned that
6  Schlumberger might want you to come back in December of
7  '01 or January of '02?
8  A   No. I do remember going to lunch with them, I
9  believe, after I was hired back.
10 Q   Okay. Do you remember what you talked about at that
11 lunch?
12 A   Just talked about work. I mean, there was nothing
13 specific. How was work going, this and that.
14 Q   When you and Mr. LeBlanc were talking before coming
15 back to work, do you remember talking about only having a
16 90-day contract and that's why he had a spot for you to
17 come back to?
18 A   No, not at all.
19 Q   Nothing?
20 A   No.
21 Q   What is a safety passport; do you know?
22 A   Safety passport is something they make you --
23 Schlumberger makes you go to a bunch of safety classes for
24 all their employees. They have to do certain classes and
25 meet certain requirements within that passport. They get

14 (Pages 50 to 53)

Midnight Sun Court Reporters (907) 258-7100

Exhibit L
Page 2 of 3

Case No. A05-0246 CI                                                                     Jason Bresser

Page 122

1  A   Right.
2  Q   Before this lawsuit was filed, this claim has to be
3  based on something that was said about you outside of this
4  litigation. What is this claim based on? What was said
5  about you that you think was false or defamatory?
6  A   From what other people told me is that supposedly I
7  quit, didn't want to come back to work. That's what
8  management has been telling them.
9  Q   And who told you this?
10 A   Randy Kockritz.
11 Q   Who does he say told him that?
12 A   He didn't say.
13 Q   But you did admit that you made a phone call during
14 your meeting with John Burton and Steve Laughlin where you
15 accepted, at least would have sounded like to them, that
16 you accepted another job --
17 A   I told my dad, yes, I would go to work for him,
18 because Schlumberger didn't want to do business with me
19 anymore. That was after they told me it was indefinite.
20 Q   Did they know you were on the phone with your dad?
21 A   Yeah, they were right there. I don't know if they
22 knew it was my dad or not.
23 Q   They just knew you were on the phone with somebody?
24 A   Right.
25 Q   So what else was said about you that you think was

Page 123

1  false?
2  A   I don't know.
3  Q   How, I guess, how did somebody telling Randy Kockritz
4  that you quit, how does that hurt your reputation?
5  A   Well, I mean, I didn't quit, for one. If that was
6  the case, then I would still be working there, I mean, you
7  know.
8  Q   But does it change how Randy feels about you?
9  A   I don't know. You'd have to ask Randy that.
10 Q   You didn't lose anything because of it? I mean, you
11 weren't in a business relationship with Randy and now he
12 doesn't want to do business with you?
13 A   No, I wasn't in a business relationship with Randy,
14 other than work.
15 Q   Has he stopped associating with you because of this?
16 A   Kind of.
17 Q   Because of that comment or because you don't work
18 together anymore?
19 A   I don't know.
20 Q   Do you know, when did Randy tell you that that
21 comment was made?
22 A   About a month ago, a month and a half ago.
23 Q   And, again, he didn't tell you who supposedly made
24 it?
25 A   No.

Page 124

1  Q   You're sure it was somebody in management at
2  Schlumberger?
3  A   Yeah. Well, he told me, that's what town told us, so
4  town being managers in town, I would assume.
5  Q   Did Randy tell you anyone else had heard that?
6  A   No.
7  Q   And there is nothing else -- no other statements that
8  you can think of right now that you thought were untrue?
9  A   I don't think so.
10 Q   And I guess this statement that you had quit, has
11 that somehow affected your ability to find work?
12 A   I don't think that statement in particular. I don't
13 know.
14 Q   Do you know if Schlumberger has done anything that
15 would interfere with your ability to find employment, get
16 work or get another independent contractor position?
17 A   Say that again.
18 Q   Has Schlumberger or anyone with Schlumberger
19 interfered with your ability to find work or find another
20 independent contractor position?
21 A   I'm not positive on that for sure. I don't know.
22 Q   You don't know?
23 A   I don't know for sure.
24 Q   Outside of this lawsuit that was filed, have you
25 filed any other complaint with any agency, like Department

Page 125

1  of Labor?
2  A   No.
3  Q   So let's talk a little bit about what you have done
4  since you stopped being a contractor for Schlumberger. So
5  you were notified at some point in July of 2005; is that
6  correct?
7  A   Uh-huh.
8  Q   That you wouldn't be going back?
9  A   Right.
10 Q   What did you do after that to find employment or to
11 find another position?
12 A   I submitted my resume to numerous places, applied on
13 line most of the time.
14 Q   So you prepared a resume?
15 A   For sure, yeah.
16 Q   And you submitted it to a number of on line -- did
17 you like use a search like Monster, Inc., or something
18 like that, to find a position or did you just look on
19 line?
20 A   I did both. There is one -- I think it's called Oil
21 Field Registry or something like that. I posted it on
22 there, and then also different websites as far as like BP,
23 ARCO.
24 Q   You would check their websites and see what positions
25 they had?

32 (Pages 122 to 125)

Exhibit 4
Page 3 of 3