Helena Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>              Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>              Defendant. | Case No. 3:05-cv-246-TMB |

**PROPOSED ORDER ON DEFENDANT'S MOTION TO DISMISS CLAIMS FOR EMPLOYEE BENEFITS**

Having considered defendant's Motion to Dismiss Claims for Employee Beneifts, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's claims for employee benefits are dismissed with prejudice.

ORDER RE: MOTION TO DISMISS　　　　- 1 -　　　　[33454-0002/AA062690.003]

DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2006.

By _____
  Honorable Timothy M. Burgess
  United States District Court Judge

I hereby certify that on September \_\_\_\_, 2006, a copy of foregoing Order on Defendant's Motion to Dismiss Claims for Employee Benefits was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ Helena L. Hall _____

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108