Helena L. Hall, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JASON BRESSER,

        Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,

        Defendant.

Case No. A05-0246 CV

**AFFIDAVIT OF KIRK TRUJILLO**

STATE OF ALASKA      )
                               ) ss
THIRD JUDICIAL DISTRICT  )

Kirk Trujillo, being first duly sworn, states as follows:

1.     I am the personnel Manager for Schlumberger Technology Corporation's Alaska operations.

2.     Exhibit A to this affidavit, excerpts from the Schlumberger

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

KIRK TRUJILLO AFFIDAVIT    - 1 -    [33454-0002/AA062370.001]

Employee and Family Benefits handout, is a true and correct copy of excerpts from the summaries the benefits plans offered by Schlumberger, which were adopted in 1997 and were in effect during the time period relevant to the claims asserted in this action.

3. Exhibit B. to this affidavit, an excerpt from the Schlumberger Technology Corporation Savings and Profit Sharing Plan, is a true and correct copy of excerpts from the plan that was offered by Schlumberger Technology Corporation at the time relevant to the claims asserted in this action.

4. Exhibit C. to this affidavit, an excerpt from the Schlumberger Technology Corporation Pension Plan, is a true and correct copy of excerpts from the plan that was offered by Schlumberger Technology Corporation at the time relevant to the claims asserted in this action.

5. Exhibit D. to this affidavit, an excerpt from the Schlumberger Cafeteria, Health Care Spending Account and Dependent Care Spending Account Plan, is a true and correct copy of excerpts from the plan that was offered by Schlumberger Technology Corporation at the time relevant to the claims asserted in this action.

6. Exhibit D. to this affidavit, an excerpt from the Schlumberger Long Term Disability Plan, is a true and correct copy of excerpts from the plan that was offered by Schlumberger Technology Corporation at the time relevant to the

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

claims asserted in this action.

7. Exhibit D. to this affidavit, to this affidavit, an excerpt from the Schlumberger Cafeteria, Health Care Spending Account and Dependent Care Spending Account Plan, is a true and correct copy of excerpts from the plan that was offered by Schlumberger Technology Corporation at the time relevant to the claims asserted in this action.

8. Exhibit E. to this affidavit, an excerpt from the Schlumberger Group Health Care Plan, is a true and correct copy of excerpts from the plan that was offered by Schlumberger Technology Corporation at the time relevant to the claims asserted in this action.

_____
Kirk Trujillo

SUBSCRIBED AND SWORN TO before me on _Sept. 27_, 2006.

_Karen C. Richard_
Notary Public for Alaska
My Commission expires: 11|16|09

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law, 912 West Sixth Avenue, Anchorage, Alaska 99501 (fax: 276-0155) this 27 day of
_September_, 2006.
_Karen Richard_

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

KIRK TRUJILLO AFFIDAVIT — 3 — [33454-0002/AA062370.001]