EXHIBIT A

AFFIDAVIT OF KIRK TRUJILLO

(3:05-cv-246-TMB)

| Employee and Family Benefits | 2-75 |
|---|---:|
| January 1, 1997 | |



# Right to Change or Terminate Plans

The Medical and Dental Plan, Survivor Benefits, and Managed Medical or Dental Health Organizations were adopted with the expectation that they will continue as employee benefit plans. However, the Company reserves the right to terminate or modify the terms, conditions and cost-sharing provisions of any of these plans at any time.





# SALARY CONTINUATION PLAN
## (Short-Term Disability)

The Company provides, at no cost to you, Salary Continuation benefits for up to one year. The purpose of this plan is to provide economic security for employees when they are unable to work because of an accident, illness or pregnancy. The Plan also allows for outpatient treatment doctors' appointments that cannot be made outside the normal working hours. The Plan is administered from one anniversary date to the next and subject to the other requirements of the Plan. Depending upon the number of years of service you have with the Company, this Plan provides full and 50% base pay while you are under this Plan. As full base pay benefits are used, the remaining number of weeks you may be off with full base pay benefits are reduced.

## Eligibility

You are eligible for salary continuation benefits:

- when you have been a regular (full-time) employee of Schlumberger for 120 continuous calendar days;

- when you are disabled and unable to perform the usual and customary duties of your job;

- when you are disabled and unable to workforthe Company in any available job;

- when you obtain proper medical attention that has been fully documented and provided to the Company;

- when medical evidence establishes you are disabled and cannot work for the Company;

Exhibit A
Page 2 of 18

STC 0456
33454-0002



# LONG-TERM DISABILITY

Long-Term Disability (LTD) coverage provides continued income protection up to age 70 by replacing 60% of your base salary in the event you are permanently disabled. If you qualify, LTD benefits are payable when your Salary Continuation Plan (short-term disability) coverage has been exhausted, following **termination** of Schlumberger employment.

## Eligibility

Regular (full-time) Schlumberger employees under age 70 qualify for LTD coverage after completion of 120 continuous days of employment.

You may elect this coverage between your hire date and the end of your fifth month of employment without evidence of good health. You can enroll later, but you will be asked to provide satisfactory proof of good health at your expense. Insurability is an acceptable physician's statement of your good health.

## Cost of Coverage

The Company pays a substantial share of the cost of the LTD Plan. For 1997, your portion of the premium amounts to 8 1/4 cents per $100 of your monthly base salary up to a maximum monthly salary of $10,000. This premium will be deducted from your pay check each pay period. Your contribution will be adjusted automatically after any change in your base salary.

Exhibit ___A___
Page __3__ of __18__

STC 0464
33454-0002

January 1, 1997



# PROFIT SHARING PLAN

The Profit Sharing Plan provides a convenient and effective way to save for the future. Depending on your compensation level, you can contribute from 1% to 15% of your before-tax pay through payroll deductions. The Company matches a portion of what you save and it may also make other profit sharing contributions based on the profitability of your product line.

## Eligibility

You automatically become a member of the Profit Sharing Plan on the first day of the month following completion of a year of eligibility service. You are eligible to make 401(k) contributions from your date of hire. However, after a year of eligibility service, you are eligible to receive any profit sharing contribution Schlumberger may make to the Profit Sharing Plan on your behalf and to receive Company matching contributions on your eligible 401(k) contributions. Profit sharing contributions are made to your account even if you choose **not** to make 401(k) contributions.

In order for you to make 401(k) contributions, you must complete and return an enrollment form indicating your desired contribution amount. Your completed enrollment form must be received by Shared Resources Benefits at least 15 days before the first of the month in which you wish to begin contributing. Enrollment forms are available from Shared Resources Benefits.

A year of eligibility service is a consecutive 12-month period in which you work at least 1,000 hours. Hours of service are counted for the 12-month period beginning on your date of hire. If you do not complete 1,000 hours of service during your first 12 months with the Company, your hours of service for eligibility are measured during each calendar year following your date of hire, until you meet the service requirement.

Exhibit A
4 of 18

STC 0475
33454-0002



# PENSION PLAN

Your benefit from the Shared Resources Pension Plan adds to your financial security during retirement.

The benefit you earn from the Pension Plan is in addition to your benefits from Social Security, the Profit Sharing Plan and other income sources you may have.

The Pension Plan offers a variety of choices to you and your family. Lifetime pensions are available when you reach your normal, early, or late retirement date. You can choose when and how you want to retire and how you want your retirement benefit paid.

## Eligibility

You begin to participate in the Pension Plan on the first day of the month coincident with or immediately following completion of a year of eligibility service.

A year of eligibility service is a period of 12 consecutive months in which you complete at least 1,000 hours of service. Your hours of service are counted for the 12-month period beginning on your date of hire. If you do not complete 1,000 hours of service during this initial 12-month period, your hours of service for eligibility purposes will be measured during each calendar year following your date of hire, until you complete 1,000 hours of service during a calendar year, at which time you may enter the Plan.

An hour of service is each hour for which you are paid or are entitled to payment for the performance of duties and responsibilities related to your position at Schlumberger or for any affiliated companies which are at least 40% directly or indirectly owned by Schlumberger Limited .

Exhibit   A
Page  5 of 18

STC 0497
33454-0002



Active service begins on your date of hire by Shared Resources or any of the operating companies within Schlumberger, and ends on the date you terminate, die or retire. A year of active service is a 12 consecutive month period during which you are actively employed. Active service is subject to the break in service rules described on **page** 4-34.  Active Service is also used to determine eligibility for Special Early Retirement and to determine your pension credits.

If you terminate employment prior to completing five years of active service and you have not attained age 55, no benefits are payable from the Pension Plan.

## Pension Credits

You will earn an annual pension credit under the Pension Plan for each year during which you are a Pension Plan participant and you receive admissible compensation from the Company. Your annual pension credit is calculated based on your years of active service and your admissible compensation.

For each year of active service up to 15 years, your pension credit is equal to 1-1/2% of your admissible compensation for the year. For 15 or more years of service, your pension credit is equal to 2% of your admissible compensation for the year.

**Example: If you have less than 15 years of active service and you earn $20,000 in a calendar year, you will receive a pension credit of $300 for that year:**

$$\$20{,}000 \times .015 = \$300 \text{ per year}$$

**Example: If you have 15 or more years of active service and you earn $20,000 in a calendar year, you will receive a pension credit of $400 for that year:**

$$\$20{,}000 \times .02 = \$400 \text{ per year}$$



# SOCIAL SECURITY

Social Security is a government program which may provide pension, medical and disability benefits for you and your family. Both you and the Company share equally in the cost of this program.

Throughout your working years, you are required by law to pay Social Security Tax (F.I.C.A.) into the Social Security Trust Fund. This amount, which is matched dollar for dollar by Schlumberger, provides you and your family with a variety of income security benefits. The benefits include monthly payments at retirement (age 62 and up), or sooner should you become disabled, as well as hospital and medical insurance known as Medicare at age 65. Your dependents may also qualify for "survivor" benefits in the event of your death.

For 1997, You pay 7.65% on annual earnings up to $65,400 and 1.45% on additional earnings. The 7.65% F.I.C.A. rate is a combination of 6.2% Social Security and 1.45% Medicare tax. There is no maximum wage amount for Medicare tax purposes so all taxable wages are subject to the 1.45% Medicare tax. The Company *matches your payment* of Social Security and Medicare taxes.

## Eligibility

Before you and your family can qualify for retirement benefits, you must work for a certain period of time making payments into the Social Security system. For each three-month calendar quarter you work under Social Security and are paid wages at least equal to the statutory quarterly minimum, you get one quarter of average credit.

STC 0519
33454-0002
Exhibit   A
page 7 of 18

Additional Benefits  5-5
January 1, 1997



# DISCOUNTED STOCK PURCHASE PLAN

Schlumberger employees may take advantage of a Discounted Stock Purchase Plan which provides an opportunity to own part of the Company and prepare for a more secure future through planned savings.

The Discounted Stock Purchase Plan allows you to save over a 12-month period toward the purchase of Schlumberger stock through payroll deductions. You receive a 15% discount on the market value of the stock and accrue interest on your Discounted Stock Plan Account Balance where permitted by law. The Company pays all administrative fees that support the Plan. Participation in the Plan is **voluntary.**

This Plan is not subject to the provisions of ERISA (The Employee Retirement Income Act of 1974).

## Eligibility

All full-time and part-time employees (minimum 20 hrs per week) who have been employed for at least 6 months as of the Plan enrollment date (July 1) are eligible to participate in the Plan. Temporary status employees are not eligible to participate.

## Enrollment

A DSPP authorization form must be submitted to the Shared Resources Benefits Department by July 1. All contributions are made by payroll deduction. Unless a participant suspends payroll deductions, makes a cash withdrawal from the Plan or terminates employment, the most recent authorization form continues as long as the Plan is in effect and the rate of deduction remains unchanged. The employee is automatically re-enrolled in the Plan at the beginning of each new Plan period. If the amount of money invested does not


Exhibit A
Page 8 of 18

STC 0522
33454-0002

Miscellaneous Information 6-I
January 1, 1997



# INTRODUCTION

The material in this section supplements the various Schlumberger benefit plans described in this handbook. Also, it provides information required by the Employee Retirement Income Security Act of 1974 (ERISA) and the Family and Medical Leave Act of 1993 (FMLA).

STC 0528
33454-0002

January 1, 1997



# PLAN ADMINISTRATION

This section has information on the management of the following Schlumberger benefit plans.

| Plan Name | Plan Type | Plan Number | Employer ID Number |
|---|---|---|---|
| • Oilfield Services Shared Resources Pension Plan | Defined Benefit | 005 | 22-1692661 |
| • Oilfield Services Shared Resources Savings & Profit Sharing Plan | Defined Contribution | 055 | 22-1692661 |
| • Schlumberger Group Health Care Plan | Medical, Dental Death, LTD, & BTA | 502 | 22-1692661 |
| • Schlumberger Group Supplemental Life Plan | Life Insurance | 507 | 52-0684746 |
| • Schlumberger Severance Plan | Severance | 510 | 22-1692661 |

**Funding of Benefit Plans**
The Company pays the entire cost of many of your benefits. In some cases, you and the Company share the cost and in others you pay the entire cost.

STC 0529
33454-0002
EXHIBIT A
10 of 18

Miscellaneous Information 6-3
January 1, 1997



Benefits for the following plans are paid through contracts with insurance companies:

- your Basic Term Life is insured through a contract with Connecticut General Life Insurance Company, Hartford, Connecticut. The policy number is 2094762.

- your Voluntary Accident Death and Dismemberment and Voluntary Offshore Drilling Site coverage are insured under Policy Number GSR 10257. Basic Accidental Death and Dismemberment Insurance is insured under Policy Number GSR 12122 and Business Travel Accident Insurance is insured under Policy Number GTA 10258. All three contracts are with Commercial Life Insurance Company.

- your Supplemental Term Life insurance Plan is insured through a contract with Aetna Life and Casualty Insurance Company of Hartford, Connecticut. The policy number is 600294-I 0.

Benefits for the following plans are paid through a Trust:

- your Schlumberger Health Care Trust includes: Medical & Dental, Prescription Drug Programs, Vision Care; Basic Term Life and Accidental Death and Dismemberment Insurance; Voluntary Accident Insurance; Business Travel Accident Insurance; and Long-Term Disability Insurance.

- your Schlumberger Master Pension and Profit Sharing Trusts include: Oilfield Services Shared Resources Pension Plan and Oilfield Services Shared Resources Savings and Profit Sharing Plan.

Benefits for the Schlumberger Severance Plan are paid by the Company. The Plan Administrator has the sole authority to construe and interpret the Severance Plan.

STC 0530
*33454-0002*

6-4                                                              Miscellaneous Information

January 1, 1997



The following organizations administer the claims for the Health Care Plan. If you contact them regarding a claim, please use the employee's name and social security number for identification.

**Medical/Dental Plan and Long-Term Disability**
CIGNA Corporation
P.O. Box 9012 Sherman, TX 75091
Account No. 2094762

**Vision Care Program**
Vision Services Plan
3333 Quality Drive
Rancho Cordova, CA 95670
Account No. 04-104462

**Prescription Drug Program**
Pharmaceutical Card Systems inc.
P.O. Box 52116
Phoenix, AZ 85072-2116
Account No. 2847

**Mail Order Prescriptions**
PCS Managed Mail Service
P.O. Box 41950
Kansas City, MO 64179-0999
Account No. 2847

**Mental Nervous Disorders, Alcoholism or Drug Abuse**
ComPsych
455 N. Cityfront Plaza Dr.
24th Floor
Chicago, IL 60611-5506

**Physical Examinations**
Life Extension Institute
10 Rockefeller Plaza
New York, NY 10020-1903

STC 0531
33454-0002

A
12-18

| Miscellaneous Information | 6-5 |
|---|---|
| January 1, 1997 | |



Trustees for the following plans hold funds in trust for the sole purpose of paying Plan benefits. Appointed by the Board of Directors of the Company, the Trustees for the various benefit plans are:

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60675
(Health Care, Pension, Profit Sharing Plans)

Norwest Bank-Minneapolis, N.A.
6th Street & Marquette Avenue
Minneapolis, MN 55479-0035
(Supplemental Term Life Insurance)

**Plan Year**

Plan financial records are kept on a calendar year basis. The end of the year, for the purpose of maintaining financial records for each benefit plan, is December 31.

**Benefits Information**

If you have any questions concerning your benefits, you should contact Oilfield Services Shared Resources Benefits:

> Schlumberger Oilfield Services
> Shared Resources Benefits
> P.O. Box 2727
> Houston, Texas 77252-2727
> *Telephone* 281-285-8700

If Shared Resources Benefits cannot solve your problem, you should contact:
> Personnel Manager
> Oilfield Services Shared Resources
> 300 Schlumberger Drive
> Sugar Land, TX 77478
> *Telephone* 281-285-8700



STC 0532
33454-0002

January 1, 1997



**Plan Administrator**

If you have a problem that cannot be resolved by Shared Resources Benefits or the Personnel Manager, you should write the Plan Administrator. The Plan Administrator for the Pension and Profit Sharing Plans is:

> Administrative Committee
> Oilfield Services Shared Resources
> 300 Schlumberger Drive
> Sugar Land, TX 77478
> 281-285-8700

For the Health Care Plans, including Long-Term Disability benefits or Life Insurance, contact:

> Administrative Committee
> Schlumberger Group Health Care Plan
> 277 Park Avenue
> New York, NY 10172-0266
> 212-350-9526

For the Schlumberger Severance Plan, the Plan Administrator is:

> Personnel Manager
> Schlumberger Limited
> 277 Park Avenue
> New York, NY 10172-0266
> 212-350-9522

**Legal Action**

If you feel that legal action is necessary to resolve a question regarding your benefits, you may serve process on the plan in question by serving the appropriate Plan Administrators or the Plan Trustees listed above.

STC 0533
33454-0002

Miscellaneous Information 6-7
January 1, 1997



# ERISA INFORMATION

ERISA (Employee Retirement Income Security Act of 1974) requires disclosure of company benefit plan provisions and financial information, and establishes standards of conduct for trustees and administrators of pension and welfare plans.

All of the Company's benefit plans have been carefully designed to meet the requirements of ERISA.

## Administration

ERISA is administered by the Department of Labor, with pension plan termination insurance being administered by the Pension Benefit Guaranty Corporation.

## Claims

If there is a question about benefits under one of your plans, and it cannot be settled to your satisfaction by Personnel, you have the right to have the claim referred to the Plan Administrator whose name and address are listed on the preceding pages.

You, or your beneficiary, may submit a written application to the Administrator, stating the nature of your claim and any other necessary information regarding it. The Administrator will then decide whether your claim is valid and notify you of the findings.

If your claim is denied, the Administrator usually notifies you in writing within 90 days, although, under special circumstances, the Administrator may notify you that an extension of up to 90 or more days is needed for processing your claim.


STC 0534
33454-0002

January 1, 1997



Whenever a claim is denied, either in whole or in part, the Administrator must clearly tell you:

- the specific reasons why it was denied;
- the exact plan provisions on which the decision was based;
- any additional material or information you can supply to help your case; and
- the claim review procedure to which you are entitled.

If you do not receive such a notice within the time limits described denied by the Administrator, you have the right to make a written application for a review, but you must do this within 60 days after you receive or were eligible to receive the claim denial notice. Your review application may include any additional information that you wish to supply.

After receiving this application, the Plan Administrator will review your claim and, if you request one, grant a personal hearing to you and/or your representative. You will also have the opportunity to review any documents in the Administrator's possession that concern your application, such as copies of the plan or special information relating to your claim.

The Administrator must make a final decision on your claim within 60 days after receiving your review request, although if special circumstances arise, and you are notified in writing in advance, the Administrator can apply for a 60-day extension. The final decision must be in writing, clearly stating the reasons for the decision and the pertinent provisions of the plan upon which the decision was based. If you do not receive a decision within the time limits described above, you can consider your claim denied on review.



STC 0535
33454-0002



## Your Rights Under ERISA

As a participant in these benefit plans, you are entitled to certain rights and protections. Under ERISA, all plan participants are legally entitled to:

- examine, without charge, at the Plan Administrator's office and at Personnel, all plan documents and copies of all documents concerning the plans filed with the U.S. Department of Labor, such as annual reports and plan descriptions;

- obtain copies of all plan documents and other plan information by written request to the Plan Administrator. The Administrator may make a reasonable charge for the copies;

- receive a summary of each plan's annual financial reports. The Plan Administrator is required by law to furnish each participant with a copy of these summary financial reports;

- obtain a statement telling you whether you have a right to a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stopped working under the Pension Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work in order to have a vested right to a pension. This statement must be requested in writing and is not required to be given more than once a year. The Plan must provide the statement free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of employee benefit plans. These people who operate your plans, called "fiduciaries" of the plan, have a duty to manage the various



plans prudently and in the interest of you and other plan participants and beneficiaries.

No one, including your employer or any other person, may interfere with you exercising your rights under ERISA. If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the denial. You have the right to have the Plan Administrator review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials concerning a plan and do not receive them within 30 days, you may file suit in court. In such a case, the court may require the Plan Administrator to provide the materials, and pay up to $100 a day until you receive the materials unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, or if it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you mayseekassistancefrom the U.S. Department of Labor, or you may file suit in court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if it finds that your claim is frivolous).

If you have any questions about your plans, you should contact Personnel or the Plan Administrator. If you have any questions about this information or your rights under ERISA, you should contact the nearest Area Office of the U.S. Labor Management Services Administration, Department of Labor.

STC 0537
33454-0002