Helena Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Schlumberger Technology Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JASON BRESSER,

                Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY
CORPORATION,

                Defendant.

Case No. 3:05-CV-246-TMB

**NOTICE OF FILING LAST PAGE OF DEFENDANT'S
MOTION TO DISMISS CLAIMS FOR EMPLOYEE BENFITS
TO INCLUDE FILING DATE AND CERTIFICATE OF
SERVICE SHOWING DATE OF SERVICE**

Defendant Schlumberger Technology Corporation ("Schlumberger")
hereby gives notice of filing the last page of Defendant's Motion to Dismiss
Claims for Employee Benefits indicating date of filing and indicating date of
service on other parties.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 28th day of September, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant


By s/Helena L. Hall
    Helena L. Hall
    Alaska Bar No. 9705015
    1029 West Third Ave., Suite 300
    Anchorage, Alaska  99501
    907/279-8561/907-276-3108 (fax)
    hhall@perkinscoie.com

I hereby certify that on September 28, 2006, a copy of foregoing Notice of Filing Last Page of Defendant's Motion to Dismiss Claims for Employee Benefits to Include Filing Date and Certificate of Service Showing Date of Services was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ Helena L. Hall

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108