requests that to the extent Counts D and E of Mr. Bresser's First Amended Complaint assert that he was wrongfully denied benefits, the claims be dismissed.

DATED at Anchorage, Alaska, this 27th day of September, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant

By <u>s/Helena L. Hall</u>
Helena L. Hall
Alaska Bar No. 9705015
1029 West Third Ave., Suite 300
Anchorage, Alaska 99501
907/279-8561/907-276-3108 (fax)
hhall@perkinscoie.com

I hereby certify that on September 27, 2006, a copy of foregoing Motion to Dismiss Claims for Employee Benefits was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ Helena L. Hall

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO DISMISS   - 11 -   [33454-0002/AA062200.003]