Joe P. Josephson, Esq.,
Josephson & Associates, PC
912 West Sixth Avenue
Anchorage, Alaska  99501
(907) 276-0151 [telephone]
(907) 276-0155 [facsimile]

Attorney for Jason Bresser, Plaintiff

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,           )<br>                          )<br>         Plaintiff,      )<br>                          )<br>    v.                    )<br>                          )<br>SCHLUMBERGER TECHNOLOGY   )<br>CORPORATION,              )<br>                          )<br>         Defendant.       )<br>_____) | Case No. 3:05-CV-246-TMB |

**UNOPPOSED MOTION FOR ENTRY OF ORDER GRANTING
PLAINTIFF UNTIL WEDNESDAY, MARCH 18, 2006,
WITHIN WHICH TO RESPOND TO DEFENDANT'S
<u>MOTION TO DISMISS CLAIMS FOR EMPLOYEE BENEFITS</u>**

Plaintiff, JASON BRESSER, by and through his attorney of record, the undersigned, respectfully moves for entry of an order granting him until the close of business, Thursday, October 19, 2006, within which to file and serve his response in opposition to the pending motion of the defendant, SCHLUMBERGER

TECHNOLOGY CORPORATION, to dismiss plaintiff's claims for employment benefits.

The undersigned certifies to the court that he has been authorized by Helena Hall, Esq., of Perkins Coie LLP, attorney of record for the defendant, to represent that this motion of the plaintiff is unopposed.

DATED at Anchorage, Alaska, this 12th day of October, 2006.

/s/ Joe P. Josephson
912 W 6th Ave
Anchorage AK 99501
Phone: (907)276-0151
Fax:   (907) 276-0155
E-mail: jjosephson@aol.com
Alaska Bar No. 6102018
Attorney for Plaintiff

**Certificate of Service:**

I hereby certify that on October 12, 2006, a copy of Foregoing unopposed motion For extension of time was served electronically on Helena Hall.

/s/ Joe P. Josephson