IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-CV-246-TMB |
| ) | |

**[Proposed] ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The instant motion having been reviewed it is hereby ORDERED that the Defendant's Unopposed Motion for Extension of Time is hereby GRANTED. Defendant shall have until October 19, 2006, to file his opposition to motion to dismiss in this matter.

DATED THIS _____ DAY OF October, 2006.

_____
U.S. District Judge