Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>        Defendant. | Case No. 3:05-cv-246-TMB |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Pursuant to D. Ak. LR 11.1(c), Schlumberger Technology Corporation hereby moves that Helena L. Hall be permitted to withdraw as attorney for Schlumberger Technology Corporation and for substitution of Thomas M. Daniel as attorney for Schlumberger Technology Corporation.

Thomas M. Daniel hereby consents to substitution as attorney for Schlumberger Technology Corporation in this action, and enters his appearance on behalf of Schlumberger Technology Corporation. All pleadings and papers, except process, shall be served on said attorney at 1029 West Third Avenue, Suite

MOTION FOR SUBSTITUTION
OF COUNSEL      - 1 -      [/AA063050.004]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

300, Anchorage, Alaska 99501, telephone (907) 279-8561.

Dated:_____    By __s/Thomas M. Daniel_____
                                            Thomas M. Daniel
                                            Alaska Bar No. 8601003
                                            1029 West Third Ave., Suite 300
                                            Anchorage, Alaska  99501
                                            Phone:  907/279-8561
                                            Fax:  907-276-3108
                                            tdaniel@perkinscoie.com

I hereby certify that on November ___, 2006, a copy of foregoing Motion for Substitution of Counsel was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ Thomas M. Daniel_____

MOTION FOR SUBSTITUTION
OF COUNSEL                    - 2 -                  [/AA063050.004]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108