Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>          Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>          Defendant. | Case No. 3:05-cv-246-TMB |

**PROPOSED ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL**

Having considered defendant's Motion for Substitution of Counsel;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

By _____
Honorable Timothy M. Burgess
United States District Court Judge

PROPOSED ORDER ON MOTION
FOR SUBSTITUTION OF COUNSEL        - 1 -                      [/AA063050.003]

I hereby certify that on November ____, 2006, a copy of foregoing Proposed Order on Motion for Substitution of Counsel was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER ON MOTION
FOR SUBSTITUTION OF COUNSEL    - 2 -    [/AA063050.003]