Joe P. Josephson, Esq.
Josephson & Associates
912 W. 6th Avenue
Anchorage, AK 99501
(907-276-0151
(907)276-0155

RECEIVED
H.D. 4:05
JUL 2 5 2006

PERKINS COIE
ANCHORAGE

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,<br><br>　　　　　Defendant. | Case No. A05-0246 CV |

**RESPONSES TO DEFENDANT'S FIRST DISCOVERY REQUESTS TO PLAINTIFF**

COMES NOW defendant, Schlumberger Technology Corporation, by and through its attorneys, Perkins Coie, and pursuant to Federal Rules of Civil Procedure 33 and 34, requests that plaintiff answer the following interrogatories and requests for production. Plaintiff is directed to serve his responses on defendant's counsel at 1029 West Third Avenue, Suite 300, Anchorage, Alaska 99501

Exhibit B
Page 1 of 5

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)　(907) 276-0155 (Fax)

defendant terminated your services resulted from your having brought problems of tool design and maintenance and corporate waste to the attention of defendant's managers.

**RESPONSE:** On May 13, 2005 at 9:40 a.m. I contacted Eric Larson to confirm our lunch meeting. We met at Boston's in Anchorage at 12:00 p.m. During our lunch meeting I addressed three failures within one month, where management assumed the cost of the failure, and tried placing the blame with technicians. Motor failure P2-43 BHA05 on 7-ES, Well L-212, and Well L-02A. These failures were not properly diagnosed because the technicians were not involved. After our discussion Eric Larson informed me that our meeting was not confidential, and that he had contacted John Burton to attain the MTBF information. John Burton and Jeff Culbertson were directly involved with the situation. On July 11, 2005 John Burton contacted me at home to request that I come into the Anchorage office. Because of prior arrangements, I agreed to come in on July Fourteenth. On July Fourteenth at 10 a.m. I met with John Burton and Steve Laughlin where they proceeded to interrogate me about my conversation with Eric Larson. I told them I had gone to Eric Larson with a problem, and that he was going to take care of it, and beyond that the conversation was confidential. At that point they informed

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel) (907) 276-0155 (Fax)

Exhibit **B**
Page **2** of **5**

RESPONSES TO DEFENDANT'S FIRST DISCOVERY
REQUESTS TO PLAINTIFF            - 14 -            [33454-0002/Discovery Requests]

promises alleged in paragraphs 15-18 of the First Amended Complaint.

**RESPONSE:** During my initial conversation with Joey LeBlanc it was agreed upon that I would simply return to work for Schlumberger. I was under the assumption that I was an employee, and that I would receive benefits similar to my previous employment. During my first shift in Prudhoe Bay I met with Joey LeBlanc and inquired about my rate of pay. At this point he informed me that I would be paid $25.00 an hour as a contractor with no benefits. I was not told this until I had already reported for work the first day.

**INTERROGATORY NO. 7:** Describe in detail the promises made by defendant that form the basis for the allegations made in paragraphs 15-18 of the First Amended Complaint.

**RESPONSE:** When I returned to work in Prudhoe Bay for Schlumberger I was reasonably under the impression that I was an employee with benefits. Being an employee comes with the promise of employee taxes being paid, social security and Medicare being contributed to. Benefits offered such as medical/dental/vision, 401K, profit sharing, discounted stock purchase plan, paid holidays/vacation/sick, and education, which furthers advancement.

JOSEPHSON & ASSOCIATES, P.C.
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)  (907) 276-0155 (Fax)

Exhibit B
Page 3 of 5

RESPONSES TO DEFENDANT'S FIRST DISCOVERY
REQUESTS TO PLAINTIFF                - 17 -                [33454-0002/Discovery Requests]

VERIFICATION

STATE OF ALASKA          )
                         ) SS.
THIRD JUDICIAL DISTRICT  )

I, Jason Bresser, being first duly sworn, state that I have read the responses and answers to the foregoing discovery requests and these responses and answers are true, correct and complete to the best of my knowledge.

DATED this 24 day of July, 2006.

_____
Jason Bresser

SUBSCRIBED AND SWORN TO before me this 24 day of July, 2006.



Notary Public, State of Alaska
My commission expires: 1-15-2010

Exhibit B
Page 4 of 5

### Loss During Employment

| | |
|---|---|
| Wages: $75,000 @ a 1.3 Alaska co-efficient = $97,500. For three years | $56,250.00 |
| Self-employment tax not paid by employer | $19,632.50 |
| Loss of benefits from 2002-2005 ($9/hour towards benefits) | $72,180.00 |
| | |
| **TOTAL** | $148,062.50 |

### Loss Since Wrongful Termination

| | |
|---|---|
| Lost wages from 7/8/05-8/8/05 | $5,700.00 |
| Loss of income in accepting lower paying job | $25,650.00 |
| Expenses due to need to re-finance brought on by pay cut | $58,866.00 |
| Attorney fees to date | |
| | |
| **TOTAL** | |

### Special Damages for Defamation

| | |
|---|---|
| To be determined | |
| | |

B
5 of 5

0  405