Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION, a foreign corporation<br>organized under the laws of Texas, a/k/a<br>SCHLUMBERGER LIMITED,<br><br>        Defendant. | Case No. A05-0246 CV |

### DECLARATION OF ERIC LARSON

I, Eric Larson, hereby declare under penalty of perjury, that:

1.  I was the AKA GeoMarket Manager, which is basically the head of Schlumberger Technology Corporation's Alaska operations, in 2005. In this position, I have direct and personal knowledge of the facts attested to below.

2.  I met with Jason Bresser at the request of John Yearwood in May 2005. During this meeting, Mr. Bresser stated that he felt that Schlumberger had incorrectly handled an issue involving a motor back off in a well. Mr. Bresser did



EXHIBIT D
Page 1 of 3

DECLARATION OF ERIC LARSON      - 1 -      [33454-0002-000000/AA0628902.007]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

not provide specifics or identify someone who was at fault.  He stated that this situation was not his fault and that I should "dig deeper" into the situation.

3.    Mr. Bresser, during this conversation, repeatedly told me I should "dig around" and that if I did this, and if I asked questions, I would figure out what was going on.  Mr. Bresser did not clearly communicate what exactly he was concerned about.

4.    After this meeting, without mentioning that I had spoken with Mr. Bresser, I looked into the motor failure he had mentioned.  I came to the conclusion that Schlumberger did under torque the motor connection at issue, but that this was done intentionally due to certain constraints imposed by the drilling rig that our Client had contracted to perform the Work.  I was unable to find any evidence that Mr. Bresser had been blamed for the failure. I did not find that there was anything unusual about the incident, nor was this a particularly serious matter, as failure of down-hole equipment in a challenging drilling environment is reasonably common in the Industry.

5.    I did not inform Steve Laughlin, John Burton or Jeff Culbertson that I had spoken to Mr. Bresser at this time or at any time prior to July 14, 2005.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED at Cairo, Egypt, this 31st day of October, 2006.

_Eric Larson_

_____
Eric Larson

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

I hereby certify that on 11/24/06,
2006, a copy of foregoing Affidavit of
Eric Larson was served electronically on
Joe P. Josephson, Josephson &
Associates, P.C., Attorneys at Law

s/ ~~Helena L. Hall~~ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DECLARATION OF ERIC LARSON          - 3 -          [33454-0002-000000/AA0628902.007]