Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>       Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,<br><br>       Defendant. | Case No. A05-0246 CV |

**AFFIDAVIT OF STEVE LAUGHLIN**

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

The undersigned, after first being duly sworn, states as follows:

1. I am the AKA D&M Operations Manager for defendant, Schlumberger Technology Corporation. I have direct and personal knowledge of the facts attested to below.

2. At the time I spoke with Jason Bresser in June and July of 2005, I

AFFIDAVIT OF STEVE LAUGHLIN    - 1 -    [33454-0002-000000/AA0628901.004.DOC]

was not aware that Jason Bresser had spoken about tools, how certain failures were being diagnosed or any other issues with Eric Larson or John Yearwood.

3.  At the time I made the decision that I would not be inviting Jason Bresser back to work at Schlumberger in July 2005, I was not aware that Jason Bresser had spoken with John Yearwood or Eric Larson about any concerns.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 23 day of October, 2006.

Subscribed and sworn to before me this 23 day of October, 2006.

Notary Public in and for Alaska
My commission expires: 11/18/2006



STATE OF ALASKA
NOTARY PUBLIC
Toni Jean Stevens
My Commission Expires Nov. 18, 2009

I hereby certify that on 11/22/06, 2006, a copy of foregoing Affidavit of Steve Laughlin was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ ~~Helena L. Hall~~ Thomas M. Daniel