Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,<br><br>        Defendant. | Case No. A05-0246 CV |

**AFFIDAVIT OF JOHN BURTON**

STATE OF ALASKA       )
                                ) ss.
THIRD JUDICIAL DISTRICT   )

The undersigned, after first being duly sworn, states as follows:

1. I am a Directional Drilling FSM for defendant, Schlumberger Technology Corporation. I have direct and personal knowledge of the facts attested to below.

2. At the time I spoke with Jason Bresser in June and July of 2005, I



AFFIDAVIT OF JOHN BURTON       - 1 -       [33454-0002-000000/AA0628901.005.DOC]

was not aware that Jason Bresser had spoken about tools, how certain failures were being diagnosed or any other issues with Eric Larson or John Yearwood.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 23 day of October, 2006.

_____
John Burton

Subscribed and sworn to before me this 23 day of October, 2006.

_____
Notary Public in and for Alaska
My commission expires: 11/18/2009

STATE OF ALASKA
NOTARY PUBLIC
Toni Jean Stevens
My Commission Expires Nov. 18, 2009

I hereby certify that on 11/22/06, 2006, a copy of foregoing Affidavit of John Burton was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ ~~Helena L. Hall~~ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

AFFIDAVIT OF JOHN BURTON         - 2 -         [33454-0002-000000/AA0628901.005.DOC]