Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation organized under the laws of Texas, a/k/a SCHLUMBERGER LIMITED,<br><br>        Defendant. | Case No. A05-0246 CV |

### AFFIDAVIT OF JEFF CULBERTSON

STATE OF ALASKA      )
                                 ) ss.
THIRD JUDICIAL DISTRICT  )

The undersigned, after first being duly sworn, states as follows:

1. I am a R&M Supervisor for defendant, Schlumberger Technology Corporation. I have direct and personal knowledge of the facts attested to below.

2. In June and July of 2005, I was not aware that Jason Bresser had spoken about tools, how certain failures were being diagnosed or any other issues

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

G
1 of 2

with Eric Larson or John Yearwood.

    3.    I first learned that Jason Bresser had spoken to Eric Larson and John Yearwood after he filed this lawsuit.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this ___1___ day of ___November___, 2006.

_____

Subscribed and sworn to before me this 1st day of November, 2006.

_Karen A. Richard_
Notary Public in and for Alaska
My commission expires: 11/16/09

I hereby certify that on 11/22/06 2006, a copy of foregoing Affidavit of Jeff Culbertson was served electronically on Joe P. Josephson, Josephson & Associates, P.C., Attorneys at Law

s/ ~~Helena L. Hall~~ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
) 279-8561 / Facsimile (907) 276-3108