IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER, )<br>)<br>      Plaintiff, )<br>)<br>)<br>  v. )<br>)<br>SCHLUMBERGER TECHNOLOGY )<br>CORPORATION, a foreign )<br>Corporation organized )<br>Under the laws of Texas, )<br>a/k/a SCHLUMBERGER LIMITED )<br>)<br>      Defendant. )<br>_____) | Case No. 3:05-cv-00246 TMB |

**STIPULATION OF THE PARTIES REGARDING THE TIME WITHIN WHICH PLAINTIFF MAY OPPOSE THE PENDING MOTION FOR SUMMARY JUDGMENT AND THE TIME WITHIN WHICH DEFENDANT MAY REPLY TO THAT OPPOSITION**

The parties, JASON BRESSER, plaintiff, and SCHLUMBERGER TECHNOLOGY CORPORATION, defendant, by and through their attorneys, the undersigned, stipulate, subject to the approval of the court that plaintiff may have until the close of business, December 26, 2006, within which to oppose the defendant's pending motion for summary judgment, and that defendant may have until the close of business, January 8, 2006, within which to reply to the plaintiff's opposition to the said motion.

Case No. 3:05-CV-00246 TMB
Page 1 of 2
Stipulation of the Parties

DATED at Anchorage, Alaska, this 11th day of December, 2006.

| | |
|---|---|
| /s/ Joe P. Josephson | /s/ Thomas M. Daniel |
| 912 W 6th Ave | 1029 W 3rd Ave Ste 300 |
| Anchorage AK 99501 | Anchorage AK 99501 |
| Phone: (907) 276-0151 | Phone: (907) 279-8561 |
| Fax: (907) 276-0155 | Fax:   (907) 276-3108 |
| E-mail: jjosephson@aol.com | E-mail: tdaniel@perkinscoie.com |
| Alaska Bar No.:  6102018 | Alaska Bar No.:  8601003 |