Joe P. Josephson, Esq.,
Josephson & Associates, PC
912 West Sixth Avenue
Anchorage, Alaska  99501
(907) 276-0151 [telephone]
(907) 276-0155 [facsimile]

Attorney for Jason Bresser, Plaintiff

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-CV-246-TMB |
| ) | |

**MOTION TO EXTEND TIME WITHIN WHICH PLAINTIFF**
**MAY FILE OPPOSITION TO DEFENSE MOTION FOR SUMMARY JUDGMENT**

JASON BRESSER, plaintiff, by and through his attorney of record, respectfully moves the court to extend the time within which his opposition to the defendant's motion for summary judgment may be filed and served until the close of business, Friday, December 29, 2006.

Previously, the parties stipulated that the opposition could be filed and served on Tuesday, December 26, 2006, and that the defendant's Reply could be filed on or before January 8, 2007, in view of defense counsel's absence from Alaska, over

the holiday period.

The extension requested is necessary so that counsel for plaintiff and the plaintiff can confer, face-to-face, during the plaintiff's presence in Anchorage this week, and while he is not at work on the North Slope.

The extension requested, in view of defense counsel's absence, is not believed to be prejudicial to the defendant. Should defense counsel need time beyond January 8, 2007, for submitting his Reply brief, plaintiff will stipulate to an extension for that purpose

DATED at Anchorage, Alaska, this 26th day of December, 2006.

/s/ Joe P. Josephson
912 W 6th Ave
Anchorage AK 99501
Phone: (907)276-0151
Fax:   (907) 276-0155
E-mail: jjosephson@aol.com
Alaska Bar No. 6102018
Attorney for Plaintiff

**Certificate of Service:**

I hereby certify that on
December 26, 2006, a copy of
Foregoing motion for extension
of time was served electronically
on Tom Daniel.

/s/ Joe P. Josephson

Motion for Extension of Time
Page 2 of 2