IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER, )<br>)<br>    Plaintiff, )<br>)<br>V. )<br>)<br>SCHLUMBERGER TECHNOLOGY )<br>CORPORATION, a foreign )<br>Corporation organized )<br>under the laws of Texas, )<br>a/k/a SCHLUMBERGER LIMITED, )<br>)<br>    Defendant. ) | Case No. A0-500246 CV |

### MOTION FOR ACCEPTANCE OF LATE-FILED BRIEF

Plaintiff, Jason Bresser, by and through his attorney of record, Joe P. Josephson, respectfully requests, and moves, that the court accept for filing the attached late-filed Brief submitted herewith.

The plaintiff's Opposition to the motion of defendant SCHLUMBERGER TECHNOLOGY CORPORATION, as a result of a previous extension of time, was due to be filed on December 29, 2007.

That deadline could not be met. It was necessary for plaintiff and his counsel to meet in Anchorage face-to-face, which occurred on January 3, 2007. Although, throughout the period between December 29, 2007, and January 8, 2007, the law

firm, Josephson & Associates, P. C., was open, it's Office Manager and counsel's primary assistant, Mrs. Riedel, was largely unavailable because of medical complications that required several treatments at Elmendorf Air Force Base Hospital, and directed bed rest at her home. Her unavailability directly impacted the ability of counsel to complete his work in this matter and others.

 If this motion is granted, counsel for plaintiff, of course, will accommodate any request defense counsel may have with respect to the timing of a Reply Memorandum, taking into account counsel's schedule and obligations.

 DATED January 9, 2007.

/s/ Joe P. Josephson
Josephson and Associates
912 W 6th Ave
Anchorage AK 99501
Phone: (907) 276-0151
Fax: (907) 276-0155
Email: jjosephson@aol.com
Attorney for Jason Bresser
Alaska Bar No. 6102018

Certificate of Service:

I hereby certify that on 1/9/07,
a copy of the foregoing Motion for
Acceptance of Late-Filed Brief was
Served electronically on Tom Daniel

/s/ Joe P. Josephon