Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JASON BRESSER,

           Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY
CORPORATION, a foreign corporation
organized under the laws of Texas, a/k/a
SCHLUMBERGER LIMITED,

           Defendant.

Case No. 3:05-cv-0246-tmb

## STIPULATION FOR EXTENSION OF TIME

      COME NOW the parties hereto, by and through counsel, and stipulate that defendant may have until January 19, 2007, in which to file its Reply to Plaintiff Bresser's Opposition to Defendant's Motion for Summary Judgment on Remaining Claims.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 17th day of January, 2007.

**PERKINS COIE LLP**
Attorneys for Defendant

By s/Thomas M. Daniel
    Thomas M. Daniel
    Alaska Bar No. 8601003
    1029 West Third Ave., Suite 300
    Anchorage, Alaska  99501
    Phone:  907/279-8561
    Fax:  907-276-3108
    tdaniel@perkinscoie.com

**JOSEPHSON & ASSOCIATES**
Attorneys for Plaintiff

By s/Joe P. Josephson (consent)
    Joe P. Josephson
    Alaska Bar No. 6102018
    912 W. 6th Ave.
    Anchorage, Alaska  99501
    Phone:  907/276-0151
    Fax:    907/276-0155

I hereby certify that on January 17, 2007,
a copy of foregoing  was served
electronically on Joe P. Josephson

s/ Thomas M. Daniel

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION
BRESSER v. SCHLUMBERGER
3:05-cv-00246-tmb                    - 2 -
33454-00021/LEGAL12968379.1