Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:05-cv-246-TMB |

## PROPOSED ORDER

Having considered the parties' Stipulation for Extension of Time;

IT IS HEREBY ORDERED that the stipulation is GRANTED. Defendant shall file its Reply to Plaintiff Bresser's Opposition to Defendant's Motion for Summary Judgment on Remaining Claims on or before January 19, 2007.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
BRESSER v. SCHLUMBERGER
3:05-cv-0246-tmb                - 1 -                [/12085757_1.DOC]

DATED at Anchorage, Alaska, this _____ day of _____, 2007.

By _____
Honorable Timothy M. Burgess
United States District Court Judge

I hereby certify that on January 17, 2007,
a copy of foregoing was served
electronically on Joe P. Josephson.

s/ Thomas M. Daniel_____

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
BRESSER v. SCHLUMBERGER
3:05-cv-0246-tmb                    - 2 -                    [/12085757_1.DOC]