## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Bresser v. Schlumberger Technology Corp.*

Case No. 3:05-cv-0246 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER FROM CHAMBERS

It has come to the Court's attention that the Plaintiff has not filed a Response to Defendant's Motion to Dismiss Claims for Employee Benefits at Docket No. 21. The Court further notes that there was some confusion over the electronic filing of Plaintiff's Response to Defendant's Motion to Dismiss Remaining Claims at Docket No. 28. Initially, Plaintiff's Response to the Motion at Docket No. 28 was also filed as a Response and linked to the Motion at Docket No. 21.

Because of this confusion, the Court will accept any intended opposition to Defendant's Motion at Docket No. 21 that is filed by the close of business on Monday, November 5, 2007. The Court will not entertain further requests for an extension of time absent a showing of good cause.

Any intended Reply by the Defendant to Plaintiff's Response to Docket No. 21 must, in turn, be filed by the close of business on Tuesday, November 13, 2007.

**IT IS HEREBY ORDERED:** Plaintiff may file a Response to the Motion at Docket No. 21 by the close of business on November 5, 2007. Defendant may file a Reply to Plaintiff's Response by the close of business on November 13, 2007.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 31, 2007