IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>                Plaintiff,<br>vs.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br>                Defendant. | Case No. 3:05-cv-00246-TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

    \_\_\_  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Schlumberger Technology Corporation recover costs from Jason Bresser.

APPROVED:

  /s/Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| December 18, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |