## ITEMIZATION FOR BILL OF COSTS

## Bresser v. Schlumberger Technology Corp.

## Case No. 3:05-cv-246-TMB

| | |
|---|---|
| Fees of the Clerk (filing removal from superior court) | $ 250.00 |
| Fees of the court reporter (deposition of plaintiff) | $1,001.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (plaintiff's tax returns from IRS) | $ 273.00 |

PERKINS COIE, LLP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com
DELUXE - FORM DVCG-2 V-1

| DATE | INVOICE NO. | AMOUNT | DISC. | NET | DATE | INVOICE NO. | AMOUNT | DISC. | NET |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/05 | - Removal of Case from State to Federal Court  Our Client No. 33454-0002 | | | | | | | | $250.00 |

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

# 00126800 - SF
October 17, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 086900-F | 05-246CV | | 60.00 CK |
| 510000-C | 05-246CV | | 190.00 CK |

TOTAL→      250.00

FROM: PERKINS COIE
      NEW CASE
      A05-246CV (JWS)

7884

**PERKINS COIE, LLP**
1029 W. THIRD AVE., STE. 300
ANCHORAGE, AK 99501

DATE October 17, 2005

89-5-1252

PAY TO THE ORDER OF  Clerk of Court                $ 250.00

Two Hundred Fifty Dollars and 00/100 -------------------------------- DOLLARS


Wells Fargo Bank, N.A.
Anchorage, Alaska
wellsfargo.com

*Patricia J. Simmons*

⑈007884⑈ ⑆125200057⑆:003435105⑈

---

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PERKINS COIE, LLP

DELUXE BUSINESS FORMS 1+800-328-0304  www.deluxeforms.com
**DELUXE - FORM DVCG-2 V-1**

| DATE | INVOICE NO. | AMOUNT | DISC. | NET | DATE | INVOICE NO. | AMOUNT | DISC. | NET |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/05 | - Removal of Case from State to Federal Court | | | | | | | | $250.00 |
| | Our Client No. 33454-0002 | | | | | | | | |

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED
SEP 0 1 2006

PERKINS COIE
ANCHORAGE

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Perkins Coie<br>Attn: Helena Hall<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501 | 8/29/2006 | 8/29/2006 | 40196 |
| | TERMS: | Net Receipt | |

CASE: Bresser vs Schlumberger Techn.     DEPONENT:    Jason Bresser

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 5.25 | 8/7/2006 | SW | 262.50 |
| Original Transcript & 1 copy | 165 | 8/7/2006 | SW | 660.00 |
| Exhibits | 90 | 8/23/2006 | BJS | 40.50 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 25.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #3690 (Transcript Original & Copy) | 1 | 8/23/2006 | BJS | 6.50 |

DATE: 09/05/06
CHARGE: 33454-0002
CLIENT: Schlumberger Technology
APPROVED: HLH

TOTAL   $1,001.00

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501
(907) 258-7100
Tax ID #81-0620452

REFERENCE:    PERKINS/Bresser;#40196

| PERKINS COIE LLP | 1201 THIRD AVENUE, 40th FLOOR SEATTLE, WA 98101-3099 | MIDNI3000 | CHECK NO. | 886211 |
|---|---|---|---|---|

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|
| 08/29/2006 | 40196 | 1,001.00 | 1,001.00 |

DETACH AND RETAIN THIS STATEMENT

Perkins Coie
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

USBank
1420 Fifth Avenue
Seattle, WA 98101

19 - 10
1250

DATE  09/11/2006

CHECK NO.  886211

Amount
************$1,001.00

PAY   ONE THOUSAND ONE AND 00/100 DOLLARS****************************************************

PERKINS COIE
VOID IF NOT NEGOTIATED WITHIN SIX MONTHS

PAY TO ORDER OF:

Midnight Sun Court Reporters
511 West 9th Avenue
Suite 1
Anchorage, AK 99501


* 8 8 6 2 1 1 *

⑈886211⑈ ⑆125000105⑆ 153592271719⑈



1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
PHONE: 907.279.8561
FAX: 907.276.3108
www.perkinscoie.com

August 30, 2006

Internal Revenue Service
RAIVS Team
P. O. Box 9941
Mail Stop 6734
Ogden, UT 84409

    Re:   Jason Bresser
           Taxpayer ID# ███████

To Whom It May Concern:

    Enclosed is form 4506 which has been signed by Jason Bresser to authorize the release of tax records for the years 1999 through 2005, to Perkins Coie, LLP. Also, enclosed is our check in the amount of $273.00 to cover the IRS's fees.

    Please call me direct should you have questions.

                                    Very truly yours,

                                    Amy Jarrell
                                  Paralegal

AJ:kar
Enclosure

[/DOCUMENT.01]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

**PERKINS COIE, LLP**
1029 W. THIRD AVE., STE. 300
ANCHORAGE, AK 99501

DATE: August 30, 2006

89-5-1252

PAY TO THE ORDER OF: IRS                                         $273.00

------------------Two Hundred Seventy Three Dollars and no/100------DOLLARS

Wells Fargo Bank, N.A.
Anchorage, Alaska
wellsfargo.com

*[signed] Patricia J. Simmons*

⑈008019⑈ ⑆125200057⑆ 003435105⑈

---

PERKINS COIE, LLP

**DETACH AND RETAIN THIS STATEMENT**
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCG-2 V-1**

| DATE | INVOICE NO. | AMOUNT | DISC. | NET | DATE | INVOICE NO. | AMOUNT | DISC. | NET |
|---|---|---|---|---|---|---|---|---|---|
| 8/30/06 | 33454-0002 | Copies | of | income | tax | returns | $273.00 | | |

V-1