Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
Schlumberger Technology Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>       Plaintiff,<br><br>  v.<br><br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION,<br><br>       Defendant. | Case No. 3:05-CV-246-tmb |

### DEFENDANT'S MOTION FOR ATTORNEYS' FEES

On December 13, 2007, the court in this case granted summary judgment in favor of defendant Schlumberger and against Jason Bresser. Final judgment was entered on December 18, 2007.

Having prevailed against Jason Bresser in this action, Schlumberger is entitled to an award of attorney's fees pursuant to Alaska Rule of Civil Procedure 82. Klofenstein v. Pargeter, 597 F.2d 150 (9th Cir. 1979). Rule 82(a)(2) provides as follows:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

In cases in which the prevailing party recovers no money judgment, the court shall award the prevailing party in a case which goes to trial 30 percent of the prevailing party's actual attorney's fees which were necessarily incurred, and shall award the prevailing party in a case resolved without trial 20 percent of its actual attorney's fees which were necessarily incurred. The actual fees shall include fees for legal work customarily performed by an attorney but which was delegated to and performed by an investigator, paralegal or law clerk.

Schlumberger has incurred actual attorney's fees in the total amount of $55,250.04 in its defense in this case. Affidavit of Thomas M. Daniel attached and attached time records. As verified by the affidavit of counsel, this amount reflects the value of the services that have been actually and necessarily performed and the value of the attorney's fees necessarily incurred by Schlumberger in its defense of the claims made by Jason Bresser in this action. Pursuant to Rule 82(a)(2), Schlumberger is entitled to recover 20 percent of the actual fees incurred or $11,050.00.

For all of the foregoing reasons, defendant Schlumberger moves the court to award attorney's fees in the amount of $11,050.00.

DATED: December 31, 2007.

PERKINS COIE LLP
Attorneys for Defendant
Schlumberger Technology Corporation


s/Thomas M. Daniel
Thomas M. Daniel
Alaska Bar No. 8601003
1029 West Third Ave., Suite 300
Anchorage, Alaska 99501
907/279-8561/907/276-3108 (fax)
tdaniel@perkinscoie.com

I hereby certify that a copy of foregoing was
served electronically on Joe P. Josephson.

s/ Thomas M. Daniel

MOTION FOR ATTORNEYS' FEES                -3-