Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:05-CV-246-tmb |

**AFFIDAVIT OF THOMAS M. DANIEL**

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　　)ss.
THIRD JUDICIAL DISTRICT　)

　　　Thomas M. Daniel, being first duly sworn upon oath, deposes and says:

　　　1.　　I am an attorney with the law firm of Perkins Coie, attorneys for defendant Schlumberger Technology Corporation, in the above-entitled action. My firm represented Schlumberger in the lawsuit brought by Jason Bresser.

　　　2.　　Attached to this affidavit is a computer-generated itemized statement of the amount of time expended in defense of this case with a detailed description of the

AFFIDAVIT OF THOMAS M. DANIEL
33454-0002/LEGAL13838690.1

services rendered and the amount billed to Schlumberger. The amount of time spent in defense of this case reflects the work actually and necessarily performed, and the amounts billed and paid by Schlumberger reflect the actual value of the attorney's fees necessarily incurred by Schlumberger in its defense of the claims made by Jason Bresser.

DATED: December 31, 2007.

> s/Thomas M. Daniel
> Thomas M. Daniel
> Alaska Bar No. 8601003
> 1029 West Third Ave., Suite 300
> Anchorage, Alaska 99501
> 907/279-8561/907/276-3108 (fax)
> tdaniel@perkinscoie.com

SUBSCRIBED AND SWORN to before me this 31ST day of December, 2007.

_____
Notary Public in and for Alaska
My commission expires: 10/3/2011

I hereby certify that a copy of foregoing was served electronically on Joe P. Josephson.

s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

AFFIDAVIT OF THOMAS M. DANIEL        -2-
33454-0002/LEGAL13838690.1