# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   33454-0002

November 15, 2005

Invoice  3174738

Schlumberger Canada Limited
Attn:  Ann Marie Godin, Canada/Alaska Legal Counsel
525 Third Avenue S.W.
Calgary, AB  T2P 0G4
CANADA

## INVOICE

**FOR SERVICES THROUGH 10/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $3,059.25 |
| Disbursements and Other Charges | $398.72 |
| **TOTAL DUE THIS INVOICE** | **$3,457.97** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/03/05 | H. Hall | 0.20 | Telephone call to A. Godin regarding new case; review complaint; |
| 10/04/05 | H. Hall | 1.10 | Telephone conference with A. Godin regarding engagement letter; telephone conference with B. Melchor regarding case and documents; revise engagement letter and email to Schlumberger attorneys; prepare list of documents; have file set up; |
| 10/05/05 | H. Hall | 0.10 | Telephone call to A. Godin regarding removal; |
| 10/06/05 | J. Nist | 0.40 | Telephone conference with opposing counsel regarding extension; research regarding removal; |
| 10/12/05 | J. Nist | 0.90 | Review file; draft petition for removal; |
| 10/13/05 | J. Leik | 0.25 | Review notice of removal; |
| 10/13/05 | J. Nist | 0.30 | Revise petition for removal; conference with J. Leik regarding same; |
| 10/17/05 | H. Hall | 0.90 | Review removal petition; finalize removal petition; email to B. Melchor regarding documents; |
| 10/19/05 | H. Hall | 2.50 | Research timing for answer to complaint; draft answer; telephone conference with and email with B. Melchor regarding information for answer; |
| 10/19/05 | D. Heyrich | 0.30 | Draft strategy recommendations for H. Hall regarding litigation of plaintiff's ERISA claims; provide ERISA briefing materials to H. Hall regarding same; |
| 10/20/05 | T. Daniel | 0.20 | Conference regarding strategy of more definite statement on motion to dismiss; |
| 10/20/05 | H. Hall | 3.80 | Conference with K. Trijio, A. Godin and management regarding J. Bresser; review and revise answer per conversation; draft motion for more definite statement; email to A. Godin regarding answer and motion; |
| 10/20/05 | A. Jarrell | 0.20 | Research J. Bresser's background; |
| 10/20/05 | J. Nist | 0.30 | Research regarding standards for motions for a more definite statement; |
| 10/23/05 | J. Nist | 2.00 | Draft motion for a more definite statement; |
| 10/24/05 | H. Hall | 1.70 | Work on motion for more definite statement; revise motion; finalize draft of motion; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

33454-0002                              November 15, 2005                              Invoice 3174738

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 10/26/05 | H. Hall | 0.40 | Review rule regarding filing certified copies of state court file; email with K. Trijio regarding documents; |

|  |  |
|---|---|
| Sub-total For Services | $3,266.25 |
| Less Reduction in Fees Per Client Service Lawyer | $(207.00)CR |
| Total For Services | $3,059.25 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 12.60 |
| Long distance telephone charges | 0.59 |
| Computer research | 382.35 |
| Special postage | 3.18 |

| | |
|---|---|
| Disbursement and Other Charges Total | $398.72 |
| **Total This Invoice** | **$3,457.97** |

HLH

### *This invoice is for current charges only.*
#### *Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
#### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 15, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 33454, Invoice 3174738

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    33454-0002

December 21, 2005

Invoice  3196253

Schlumberger Canada Limited
Attn:  Ann Marie Godin, Canada/Alaska Legal Counsel
525 Third Avenue S.W.
Calgary, AB  T2P 0G4
CANADA

## INVOICE

**FOR SERVICES THROUGH 11/30/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,252.50 |
| Disbursements and Other Charges | $417.95 |
| **TOTAL DUE THIS INVOICE** | **$1,670.45** |

### Jason Bresser

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/01/05 | T. Daniel | 0.30 | Conference regarding calculation of overtime pay and compliance with Wage and Hour Act; |
| 11/09/05 | H. Hall | 0.30 | Review Rule 26 disclosures; draft letter to plaintiff's attorney; |
| 11/10/05 | H. Hall | 0.10 | Finalize letter to J. Josephson regarding case; |
| 11/17/05 | H. Hall | 1.70 | Work on disclosures; |
| 11/23/05 | H. Hall | 2.80 | Work on Rule 26 disclosures; review documents from K.  Trijio, J. Nolter and B. Melchor; |
| 11/29/05 | H. Hall | 0.20 | Finish reviewing documents; work on initial disclosures; |

| | |
|---|---|
| Total For Services | $1,252.50 |

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 143.70 |
| Messenger charges | 18.25 |
| Computer research | 6.00 |
| Other - | |
| Removal of case from state to federal court | 250.00 |

| | |
|---|---|
| Disbursement and Other Charges Total | $417.95 |
| **Total This Invoice** | **$1,670.45** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                         December 21, 2005                          Invoice  3196253

HLH

## ***This invoice is for current charges only.***
### ***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
### ***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 20, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3196253

# Perkins Coie

Anchorage · Beijing · Bellevue · Boise · Chicago · Denver · Los Angeles · Menlo Park · Olympia · Phoenix · Portland · San Francisco · Seattle · Washington, D.C.
Centralized Accounting Department
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Main Telephone Number: (206) 359-8000
Accounting: (206) 359-3143 · clientacct@perkinscoie.com
Tax I.D. Number: 91-0591206

ACCOUNT
NUMBER    33454-0002

January 25, 2006

Invoice  3210125

Schlumberger Canada Limited
Attn:  Ann Marie Godin, Canada/Alaska Legal Counsel
525 Third Avenue S.W.
Calgary, AB  T2P 0G4
CANADA

## INVOICE

**FOR SERVICES THROUGH 12/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $851.00 |
| Disbursements and Other Charges | $10.28 |
| **TOTAL DUE THIS INVOICE** | **$861.28** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/20/05 | H. Hall | 0.30 | Telephone conference with litigation manager regarding 7.1 disclosure statement; prepare amended disclosure statement; |
| 12/28/05 | H. Hall | 2.90 | Draft Answer to First Amended Complaint; research applicable affirmative defenses; calculate when Answer is due; |
| 12/29/05 | H. Hall | 0.50 | Email A. Godin regarding liability and attorneys' fees; finalize draft answer and email to A. Godin and B. Melchor; |

| | |
|---|---|
| Total For Services | $851.00 |

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 9.50 |
| Long distance telephone charges | 0.78 |

| | |
|---|---|
| Disbursement and Other Charges Total | $10.28 |
| **Total This Invoice** | **$861.28** |

Current charges only.  Unpaid balances not included.
Disbursements not yet recorded will be included in future invoices.
Payment due in U.S. dollars upon receipt of invoice.
After 30 Days, A Monthly late charge of 1% Per Month from the invoice date (or such lower rate as required by applicable law) will be due.
Should A Collection Action Or Proceeding Be Necessary, Attorneys' Fees And Costs For Such Collection Effort Will Also Be Due.
Perkins Coie LLP And Affiliates

33454-0002                        January 25, 2006                        Invoice  3210125

HLH

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 24, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3210125

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER: 33454-0002

February 10, 2006

Invoice 3234371

Schlumberger Canada Limited
Attn:  Ann Marie Godin, Canada/Alaska Legal Counsel
525 Third Avenue S.W.
Calgary, AB  T2P 0G4
CANADA

## INVOICE

**FOR SERVICES THROUGH 01/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $558.00 |
| Disbursements and Other Charges | $9.47 |
| **TOTAL DUE THIS INVOICE** | **$567.47** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 01/03/06 | H. Hall | 0.50 | Revise answer per comments from M. Leighton-Beasley; email revised answer to M. Leighton-Beasley and others; |
| 01/04/06 | H. Hall | 0.10 | Finalize answer; |
| 01/10/06 | H. Hall | 0.10 | Prepare initial disclosures; |
| 01/11/06 | H. Hall | 0.50 | Prepare initial disclosures; email to K. Trijilo and B. Melchor regarding disclosures; |
| 01/11/06 | A. Jarrell | 1.10 | Insert additional information into initial disclosures; |
| 01/13/06 | A. Jarrell | 0.90 | Review and organize documents for initial disclosures; |

| | |
|---|---:|
| Total For Services | $558.00 |

## Disbursements and Other Charges

| | |
|---|---:|
| Messenger charges | 4.42 |
| Special postage | 5.05 |
| Disbursement and Other Charges Total | $9.47 |
| **Total This Invoice** | **$567.47** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                    February 10, 2006                    Invoice  3234371

HLH

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 12, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3234371

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   33454-0002

March 23, 2006

Invoice  3243342

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

---

## INVOICE

---

**FOR SERVICES THROUGH 02/28/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $312.00 |
| Disbursements and Other Charges | $0.50 |
| **TOTAL DUE THIS INVOICE** | **$312.50** |

### Jason Bresser

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/21/06 | H. Hall | 0.10 | Draft letter to J. Josephson regarding parties' planning meeting; |
| 02/27/06 | H. Hall | 0.60 | Participate in scheduling conference; draft scheduling and planning report; |
| 02/28/06 | H. Hall | 0.60 | Finalize scheduling and planning order; |

| | |
|---|---|
| Total For Services | $312.00 |

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 0.50 |
| Disbursement and Other Charges Total | $0.50 |
| **Total This Invoice** | **$312.50** |

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| H. Hall | 1.30 | 240.00 | 312.00 |
| Total | 1.30 | 240.00 | $312.00 |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                          March 23, 2006                          Invoice  3243342

HLH

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 22, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3243342

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    33454-0002

April 19, 2006

Invoice  3265488

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,512.00 |
| Disbursements and Other Charges | $41.49 |
| **TOTAL DUE THIS INVOICE** | **$1,553.49** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/08/06 | H. Hall | 0.30 | Email list of employees to K. Trijilo for contact information; prepare on initial disclosures; |
| 03/09/06 | H. Hall | 2.10 | Telephone conference with M. Beasley-Leighton regarding case status and initial disclosures; email to M. Melchor regarding same; |
| 03/13/06 | H. Hall | 0.60 | Email with B. Melchor and K. Trijilo regarding disclosures; work on disclosure pleading; |
| 03/14/06 | H. Hall | 0.70 | Review email from B. Melchor regarding potential witnesses; revise and finalize draft of initial disclosures; email draft to M. Leighton-Beasley; telephone conference with K. Trijilo regarding employee names to add to disclosures; |
| 03/15/06 | H. Hall | 0.40 | Revise and finalize initial disclosures; |
| 03/21/06 | H. Hall | 1.30 | Prepare budget and report; |
| 03/22/06 | H. Hall | 0.90 | Revise budget; finalize budget; email same to M. Leighton-Beasley; |

| | |
|---|---|
| Total For Services | $1,512.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 37.40 |
| Long distance telephone charges | 2.83 |
| Special postage | 1.26 |
| Disbursement and Other Charges Total | $41.49 |
| **Total This Invoice** | **$1,553.49** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                                April 19, 2006                            Invoice  3265488

HLH

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 19, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3265488

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  33454-0002

May 10, 2006

Invoice  3279902

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 04/30/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,455.00 |
| Disbursements and Other Charges | $14.25 |
| **TOTAL DUE THIS INVOICE** | **$4,469.25** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 04/03/06 | H. Hall | 1.30 | Conference with K. Trujillo regarding J. Bresser case facts; |
| 04/04/06 | H. Hall | 1.50 | Schedule interviews with management witnesses; review plaintiff's initial disclosures; draft letter to J. Josephson regarding incomplete disclosures; |
| 04/05/06 | H. Hall | 3.10 | Interview E. Larson, S. Laughlin and N. Rose; email with B. Melchor regarding interviews; |
| 04/06/06 | H. Hall | 2.90 | Email with B. Melchor regarding interviews; telephone call to J. Burton regarding scheduling interview; review documents from S. Laughlin; telephonic interview with G. Nutter; interview J. Burton; email to K. Fox; |
| 04/06/06 | A. Jarrell | 0.80 | Compare invoices to invoices previously produced; draft supplemental disclosure; prepare and redact documents for supplemental disclosures; |
| 04/10/06 | H. Hall | 1.40 | Telephone conference with M. Leighton-Beasley regarding billing issues; email with K. Fox regarding interview; listen to tapes produced by plaintiff; telephone call to K. Trujillo regarding interview with B. Olson; |
| 04/11/06 | H. Hall | 0.30 | Telephonic interview with K. Fox regarding J. Bresser's claims; |
| 04/12/06 | H. Hall | 0.40 | Telephonic interview with Brian Olson; email with K. Trujillo regarding RIRs; |
| 04/13/06 | H. Hall | 0.10 | Email with B. Melchor and K. Trujillo regarding documents; |
| 04/17/06 | H. Hall | 0.70 | Telephone call to S. Laughlin regarding tapes; email to M. Leighton-Beasley regarding same; email with E. Larson regarding J. Yearwood's conversation; telephone conference with S. Laughlin regarding tapes; review notes regarding tapes and email E. Larson regarding same; |
| 04/18/06 | H. Hall | 1.30 | Interview J. Culbertson. |
| 04/19/06 | H. Hall | 0.60 | Play tape for E. Larson; telephone conference with J. Culbertson regarding his concerns about the tape; telephone conference with M. Leighton-Beasley; |
| 04/20/06 | H. Hall | 0.50 | Prepare for interview with J. Yearwood; interview J. Yearwood; email to M. Leighton-Beasley regarding documents from J. Yearwood; |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                                    May 10, 2006                              Invoice  3279902

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|--------------------------|
| 04/24/06 | H. Hall | 1.40 | Email with B. Melchor regarding J. Culbertson; review scheduling order regarding witness list and impending deadlines; email with B. Melchor regarding J. Yearwood; review new emails from J. Yearwood; telephone conference with J. Culbertson regarding tapes; email B. Olsen regarding tapes; email B. Melchor regarding contacting other employees; |
| 04/25/06 | H. Hall | 2.50 | Email with B. Melchor regarding what to tell potential witnesses; email B. Melchor regarding contacting J. LeBlanc; review list of RIRs filed by J. Bresser; review emails and documents from B. Melchor regarding J. Bresser; |
| 04/25/06 | A. Jarrell | 0.20 | Draft privilege log; |

Total For Services          $4,455.00

**Disbursements and Other Charges**

Photocopying and printing expenses                                    6.80
Long distance telephone charges                                       7.45

Disbursement and Other Charges Total          $14.25

**Total This Invoice          $4,469.25**

HLH

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 9, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3279902

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 33454-0002

June 20, 2006

Invoice  3301431

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

---

INVOICE

---

**FOR SERVICES THROUGH 05/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,590.00 |
| Disbursements and Other Charges | $320.09 |
| **TOTAL DUE THIS INVOICE** | **$1,910.09** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 05/02/06 | H. Hall | 2.10 | Review emails; telephone call to M. Leighton-Beasley regarding what to tell employees; read transcripts of tapes; review emails forwarded by B. Melchor; |
| 05/03/06 | H. Hall | 2.40 | Meet with J. Culbertson and play tapes; interview J. Culbertson regarding tapes; have background check done on J. Bresser; telephone conference with B. Melchor; |
| 05/10/06 | A. Jarrell | 0.80 | Review emails for relevancy and privilege; |
| 05/12/06 | A. Jarrell | 0.50 | Review emails for relevancy and privilege; |
| 05/22/06 | H. Hall | 0.90 | Telephone conference with J. Miller regarding Schlumberger status report; prepare report; email report to J. Miller; |
| 05/22/06 | A. Jarrell | 0.70 | Redact privileged portions of emails; organize emails chronologically; |
| 05/23/06 | H. Hall | 0.10 | Telephone call to M. Leighton-Beasley regarding status report; finalize filing; |

| | |
|---|---|
| Total For Services | $1,590.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Messenger charges | 11.10 |
| Long distance telephone charges | 0.99 |
| Other - | |
| Transcript of recorded telephone conversations by Jason Bresser | 308.00 |
| Disbursement and Other Charges Total | $320.09 |
| **Total This Invoice** | **$1,910.09** |

HLH

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 20, 2006***

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                              June 20, 2006                              Invoice  3301431

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3301431

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   33454-0002

August 17, 2006

Invoice 3339898

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX 77478

_____

INVOICE

_____

**FOR SERVICES THROUGH 07/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $7,891.50 |
| Disbursements and Other Charges | $182.11 |
| **TOTAL DUE THIS INVOICE** | **$8,073.61** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/06/06 | A. Jarrell | 2.70 | Review emails for relevancy; emails to B. Melchor regarding RIRs and setting up time for telephone conference; |
| 06/08/06 | H. Hall | 1.70 | Telephone conference with B. Melchor regarding scheduling meeting to discuss discovery requests; review discovery requests and prepare outline of what is needed; draft discovery requests to plaintiff; |
| 06/08/06 | A. Jarrell | 0.30 | Review discovery requests; conference with H. Hall regarding discovery requests; |
| 06/12/06 | A. Jarrell | 1.20 | Finish reviewing emails for production with supplement to initial disclosures; research regarding discovery requests regarding defamation and on-call/overtime claims; |
| 06/14/06 | H. Hall | 0.90 | Telephone conference with A. Jarrell, K. Trujillo and B. Melchor regarding discovery responses. |
| 06/14/06 | A. Jarrell | 1.30 | Telephone conference with H. Hall, B. Melchor and K. Trujillo regarding discovery responses; start drafting discovery responses; emails from B. Melchor regarding handbook and RIRs; |
| 06/15/06 | H. Hall | 0.20 | Draft additional discovery requests to plaintiff; |
| 06/19/06 | H. Hall | 3.80 | Revise and finalize discovery requests to plaintiff; review language from K. Trujillo; email; review documents to be produced as supplement to initial disclosures; draft discovery responses; |
| 06/19/06 | A. Jarrell | 1.50 | Draft response to discovery requests to plaintiff; |
| 06/20/06 | H. Hall | 3.90 | Draft responses to discovery requests; email with J. Culbertsen regarding answers to interrogatories regarding discipline; |
| 06/21/06 | H. Hall | 0.80 | Telephone calls to M. Leighton-Beasley and E. Larson; email E. Larson; email with J. Culbertsen; draft discovery responses; telephone conference with M. Leighton-Beasley; |
| 06/22/06 | H. Hall | 0.10 | Finalize answer to request for admission; |
| 06/26/06 | H. Hall | 0.30 | Email with B. Olson regarding answers to discovery requests; |
| 07/05/06 | H. Hall | 1.80 | Telephone conference with D. Heyrich regarding ERISA preemption argument; interview J. Culbertson regarding answers to discovery; draft letter to J. Bresser's attorney regarding overtime claim; find briefings on ERISA preemption; |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                          August 17, 2006                          Invoice  3339898

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|-------------------------|
| 07/05/06 | D. Heyrich | 0.30 | Telephone conference with H. Hall regarding ERISA litigation strategies; |
| 07/06/06 | H. Hall | 0.80 | Revise letter to J. Josephson regarding overtime claims; email with K. Trujillo regarding discovery; work on answers to discovery; |
| 07/07/06 | H. Hall | 1.10 | Review J. Bresser's invoices; finalize letter to J. Bresser's attorney regarding invoices and overtime claim; email letter to M. Leighton-Beasley; draft discovery responses and email B. Melchor regarding same; |
| 07/10/06 | H. Hall | 0.10 | Finalize letter and exhibits to opposing counsel; |
| 07/11/06 | H. Hall | 1.30 | Read new whistleblower case; research ERISA claims brought by independent contractors; draft email to M. Leighton-Beasley regarding expert witnesses and ERISA motion; |
| 07/13/06 | H. Hall | 0.30 | Email with M. Beasily; look up statute of limitation of ERISA claims (.2); draft letter to J. Bresser's attorney regarding scheduling his deposition (.1); |
| 07/17/06 | H. Hall | 3.60 | Work on discovery responses, including emailing S. Laughlin (2.6); telephone conference with B. Melchor and T. Trujillo regarding benefits information (.1); email with S. Laughlin and K. Trujillo regarding termination information (.1); telephone conference with J. Leblanc and with S. Laughlin regarding interrogatory answers (.5); telephone conference with J. Burton regarding interrogatory no. 11 (.3); |
| 07/17/06 | A. Jarrell | 0.80 | Review discovery requests and draft email regarding outstanding discovery requests; |
| 07/18/06 | H. Hall | 0.40 | Draft interrogatory answers and revise answers per conversations with S. Laughlin and J. Burton; |
| 07/19/06 | A. Jarrell | 0.20 | Telephone conference with B. Melcher regarding outstanding information needed in order to respond to discovery requests; email H. Hall regarding same; |
| 07/21/06 | A. Jarrell | 0.20 | Telephone conference with B. Melcher regarding status of discovery responses; |
| 07/24/06 | H. Hall | 2.40 | Finalize draft discovery answers (1.9 ); telephone conference with J. Colbertson regarding same (.1); email with K. Trujillo regarding Bresser dates of employment (.2); email K. Trujillo, S. Laughlin, E. Larson, and M. Leighton-Beasily regarding discovery requests (.2); |
| 07/25/06 | H. Hall | 3.00 | Email with K. Trujillo regarding Bresser date of hire (.1); email with E. Larson regarding discovery responses (.4); review emails regarding benefits calculations (.1); revise discovery responses per emails from S. Laughlin, M. Leighton-Beasily, and E. Larson (1.3); finalize discovery responses (1.1); |
| 07/26/06 | H. Hall | 0.50 | Telephone conference with J. LeBlanc; email with M. Leighton-Beasily regarding engineer in charge bonus and revise discovery rsponses per email (.1); email with M. Leighton-Beasily (.1); interview J. LeBlanc (.3); |
| 07/26/06 | A. Jarrell | 0.10 | Prepare documents for disclosure; |
| 07/27/06 | H. Hall | 0.80 | Telephone conference with B. Melchor regarding Bresser's hire date and reason for his termination (.3); review J. LeBlanc email and attachments (.2); email with K. Trujillo and B. Melchor regarding same (.1); review email from K. Trujillo and telephone conference with K. Trujillo regarding dates of hire (.2); |

                                          Total For Services      $7,891.50


**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 85.80 |
| Long distance telephone charges | 9.81 |
| Computer research | 71.94 |
| Special postage | 14.56 |

33454-0002                                August 17, 2006                              Invoice  3339898

**Disbursements and Other Charges**

Disbursement and Other Charges Total          $182.11

**Total This Invoice**    **$8,073.61**


**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| D. Heyrich | 0.30 | 330.00 | 99.00 |
| H. Hall | 27.80 | 240.00 | 6,672.00 |
| A. Jarrell | 8.30 | 135.00 | 1,120.50 |
| Total | 36.40 | 216.80 | $7,891.50 |

HLH

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before SEPTEMBER 16, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3339898

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 33454-0002

September 20, 2006

Invoice  3359021

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 08/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $9,476.50 |
| Disbursements and Other Charges | $778.25 |
| **TOTAL DUE THIS INVOICE** | **$10,254.75** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 08/01/06 | H. Hall | 1.60 | Begin preparing for J. Bresser's deposition; |
| 08/02/06 | K. Olanna | 0.90 | Review ERISA research (.3); draft preemption motion regarding benefits claims (.6); |
| 08/02/06 | H. Hall | 6.30 | Prepare for deposition of J. Bresser; review documents (2.1); draft deposition outline (3.0); review discovery responses (1.0); draft letter to J. Josephson regarding missing documents (.2); |
| 08/03/06 | H. Hall | 3.30 | Prepare exhibits for deposition (1.4); prepare deposition outline (1.9); |
| 08/03/06 | K. Meder | 1.10 | Collect and process exhibits for J. Bresser's deposition; |
| 08/03/06 | A. Jarrell | 0.20 | Review file regarding production of 1997 handbook; |
| 08/04/06 | K. Olanna | 2.10 | Research Alaska law regarding ERISA preemption (1.1); draft motion regarding preemption of state law claim for benefits (1.0); |
| 08/04/06 | A. Jarrell | 0.50 | Prepare documents for supplemental disclosure; draft supplemental disclosure; |
| 08/07/06 | K. Olanna | 0.70 | Research Alaska case law on ERISA preemption; |
| 08/07/06 | H. Hall | 7.70 | Finish preparing for J. Bresser's deposition (1.0); conference with M. Leighton-Beasley regarding deposition (.5); take J. Bresser's deposition (6.2); |
| 08/08/06 | K. Olanna | 1.20 | Research ERISA preemption; |
| 08/08/06 | H. Hall | 0.80 | Conference with K. Olanna regarding preemption motion (.2); review research ERISA preemption issue (.6); |
| 08/09/06 | K. Olanna | 0.40 | Review ERISA preemption research; |
| 08/10/06 | K. Olanna | 0.30 | Draft ERISA preemption motion; |
| 08/14/06 | H. Hall | 0.10 | Finalize letter to K. Trujillo regarding signing verification; review privilege log; |
| 08/14/06 | A. Jarrell | 0.30 | Draft privilege log; |
| 08/15/06 | K. Olanna | 1.70 | Research ERISA preemption cases which addressed claims by independent contractors; |
| 08/16/06 | K. Olanna | 4.90 | Research ERISA preemption and exhaustion requirements (2); draft motion to dismiss (1.9); |
| 08/16/06 | H. Hall | 0.80 | Review notes from deposition and prepare list of documents to request from J. Bresser; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                            September 20, 2006                    Invoice 3359021

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 08/17/06 | K. Olanna | 3.80 | Draft motion to dismiss benefits claims; |
| 08/21/06 | H. Hall | 0.50 | Revise motion on ERISA claims; |
| 08/21/06 | A. Jarrell | 0.90 | Draft additional discovery requests to J. Bresser; telephone conference with J. Josephson's office regarding original IRS release; |
| 08/22/06 | H. Hall | 2.50 | Revise motion to dismiss ERISA claims; |
| 08/23/06 | T. Daniel | 0.20 | Conference with H. Hall regarding form summary judgment motions; |
| 08/23/06 | H. Hall | 0.20 | Conference with T. Daniel regarding summary judgment motion; |
| 08/24/06 | K. Olanna | 1.30 | Cite check and final proofread of motion to dismiss; |
| 08/24/06 | H. Hall | 0.90 | Revise and finalize draft of ERISA motion; email M. Leighton-Beasley regarding motion; email K. Trujillo and B. Melchor regarding motion and affidavit; have affidavit prepared; review J. Bresser's deposition transcript and get electronic transcript ordered; |
| 08/25/06 | K. Olanna | 1.30 | Draft affidavit; compile documents to attach to motion to dismiss; |
| 08/28/06 | H. Hall | 0.40 | Email to B. Melchor and K. Trujillo regarding benefits; revise affidavit regarding benefits plans; review and finalize exhibits for benefits motion; revise and finalize follow-up discovery requests; |
| 08/28/06 | A. Jarrell | 0.10 | Telephone conference with J. Josephson's office regarding original IRS tax form; |
| 08/29/06 | H. Hall | 0.30 | Review M. Leighton-Beasley's changes to ERISA motion; finalize motion; email to M. Leighton-Beasley regarding holding the motion; |
| 08/29/06 | A. Jarrell | 0.10 | Telephone conference with B. Melchor regarding status of locating the benefits plan information; |

Total For Services          $9,476.50

## Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 110.50 |
| Long distance telephone charges | 0.20 |
| Computer research | 653.42 |
| Special postage | 0.63 |
| Professional services - Transcripts Only, 8/2006 | 13.50 |

Disbursement and Other Charges Total          $778.25

**Total This Invoice          $10,254.75**

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 0.20 | 275.00 | 55.00 |
| H. Hall | 25.40 | 240.00 | 6,096.00 |
| K. Olanna | 18.60 | 160.00 | 2,976.00 |
| A. Jarrell | 2.10 | 135.00 | 283.50 |
| K. Meder | 1.10 | 60.00 | 66.00 |
| Total | 47.40 | 199.93 | $9,476.50 |

HLH

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before OCTOBER 20, 2006*

33454-0002                          September 20, 2006                          Invoice  3359021

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3359021

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:      33454-0002

October 20, 2006

Invoice  3380065

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 09/30/06, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $1,611.00 |
| Disbursements and Other Charges | $1,113.43 |
| **TOTAL DUE THIS INVOICE** | **$2,724.43** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/05/06 | H. Hall | 0.10 | Conference with A. Jarrell regarding benefits information; email to M. Leighton-Beasley regarding status of motion (.1); |
| 09/05/06 | A. Jarrell | 0.20 | Emails with B. Melchor regarding benefits information; |
| 09/07/06 | H. Hall | 0.30 | Review benefits documents emailed by B. Melchor (.2); email B. Melchor regarding same (.1); |
| 09/13/06 | H. Hall | 0.50 | Email to B. Melchor regarding benefits plan question (.2); review plan document forwarded by B. Melchor (.2); work on final witness list (.1); |
| 09/14/06 | H. Hall | 1.10 | Review deposition to finalize witness list (1.0); telephone call to K. Trujillo regarding addresses for new witnesses (.1); |
| 09/25/06 | H. Hall | 3.30 | Review benefit plans and revise motion to reflect benefit plan documents; |
| 09/26/06 | K. Olanna | 0.90 | Cite check motion on ERISA; |
| 09/26/06 | H. Hall | 0.40 | Telephone conference with K. Trujillo regarding affidavit; (.1) review revisions to ERISA motion and attachments; (.1) finalize motion for summary judgment claim; (.2) |
| 09/27/06 | H. Hall | 0.30 | Conference with K. Trujillo regarding affidavit; (.2) update K. Trujillo regarding case; (.1) |

|  |  |
|---|---|
| Total For Services | $1,611.00 |

**Disbursements and Other Charges**

|  |  |
|---|---|
| Photocopying and printing expenses | 52.80 |
| Messenger charges | 11.40 |
| Long distance telephone charges | 0.59 |
| Computer research | 47.64 |
| Court reporter fee - | |
| Depo of J. Bresser, 8/7 | 1,001.00 |
| Disbursement and Other Charges Total | $1,113.43 |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

33454-0002                              October 20, 2006                              Invoice  3380065

**Total This Invoice**    **$2,724.43**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| H. Hall | 6.00 | 240.00 | 1,440.00 |
| K. Olanna | 0.90 | 160.00 | 144.00 |
| A. Jarrell | 0.20 | 135.00 | 27.00 |
| Total | 7.10 | 226.90 | $1,611.00 |

HLH

### *This invoice is for current charges only.*
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 19, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3380065

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    33454-0002

November 21, 2006

Invoice  3399506

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 10/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $12,453.50 |
| Disbursements and Other Charges | $1,257.75 |
| **TOTAL DUE THIS INVOICE** | **$13,711.25** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/03/06 | K. Olanna | 3.00 | Summarize Bresser deposition; research regarding summary judgment motion; |
| 10/04/06 | K. Olanna | 0.50 | Summarize deposition of J. Bresser; |
| 10/04/06 | H. Hall | 1.50 | Draft summary judgment motion; |
| 10/05/06 | K. Olanna | 5.50 | Summarize J. Bresser deposition; research regarding summary judgment motion; |
| 10/05/06 | H. Hall | 2.60 | Draft summary judgment motion; |
| 10/06/06 | K. Olanna | 5.50 | Summarize J. Bresser deposition; research and draft legal portion of summary judgment motion; |
| 10/09/06 | H. Hall | 2.10 | Draft motion for summary judgment; |
| 10/10/06 | K. Olanna | 5.50 | Research and draft summary judgment motion; |
| 10/10/06 | H. Hall | 6.00 | Revise motion for summary judgment; (5.9) telephone conference with M. Leighton-Beasley regarding summary judgment motion; (.1) |
| 10/11/06 | K. Olanna | 0.30 | Conference with H. Hall regarding additional research on motion; |
| 10/11/06 | H. Hall | 3.90 | Revise motion for summary judgment; |
| 10/12/06 | K. Olanna | 4.60 | Research additional case law for summary judgment motion; Shepardize defamation cases; |
| 10/12/06 | H. Hall | 3.20 | Draft summary judgment motion; |
| 10/13/06 | K. Olanna | 2.70 | Revise and cite check motion to dismiss defamation claim; |
| 10/16/06 | H. Hall | 5.40 | Draft motion for summary judgment;  (3.0) prepare affidavits; (.4) revise motion; (2.0) |
| 10/17/06 | T. Daniel | 1.30 | Review and comment on draft motion for summary judgment; conference with H. Hall regarding strategy; |
| 10/17/06 | H. Hall | 3.90 | Revise motion for summary judgment; |
| 10/18/06 | H. Hall | 2.30 | Revise and finalize draft of motion for summary judgment; |
| 10/19/06 | H. Hall | 0.20 | Email with B.  Melchor regarding affidavits; (.10) organize exhibits to motion for summary judgment; (.10) |
| 10/24/06 | H. Hall | 0.70 | Email with E. Larson regarding affidavit; (.10) revise affidavit per E. Larson's comments; (.10) revise motion to reflect changes in affidavit; (.50) |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

33454-0002                                   November 21, 2006                                   Invoice  3399506

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 10/26/06 | K. Olanna | 0.30 | Add case citations; |

| | Total For Services | $12,453.50 |
|---|---|---|

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 13.70 |
| Messenger charges | 5.70 |
| Long distance telephone charges | 2.16 |
| Computer research | 963.19 |
| Other - | |
| Copies of income tax returns | 273.00 |

| | Disbursement and Other Charges Total | $1,257.75 |
|---|---|---|
| | **Total This Invoice** | **$13,711.25** |

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|-------------------|--------------|--------------|-------|
| T. Daniel | 1.30 | 275.00 | 357.50 |
| H. Hall | 31.80 | 240.00 | 7,632.00 |
| K. Olanna | 27.90 | 160.00 | 4,464.00 |
| Total | 61.00 | 204.16 | $12,453.50 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 21, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3399506

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  33454-0002

December 28, 2006

Invoice  3416588

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 11/30/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $165.00 |
| Disbursements and Other Charges | $44.33 |
| **TOTAL DUE THIS INVOICE** | **$209.33** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/31/06 | T. Daniel | 0.20 | Review Larson changes to affidavit; review text of motion for summary judgment regarding same; |
| 11/21/06 | T. Daniel | 0.40 | Final review of Schlumberger motion for summary judgment; |

| | |
|---|---|
| Total For Services | $165.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 19.60 |
| Messenger charges | 18.68 |
| Special postage | 6.05 |
| Disbursement and Other Charges Total | $44.33 |
| **Total This Invoice** | **$209.33** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.60 | 275.00 | 165.00 |
| Total | 0.60 | 275.00 | $165.00 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 27, 2007*

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                    December 28, 2006                    Invoice  3416588

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3416588

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 33454-0002

January 18, 2007

Invoice  3433990

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

INVOICE

**FOR SERVICES THROUGH 12/31/06, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $82.50 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$82.50** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 12/11/06 | T. Daniel | 0.20 | Review scheduling regarding motion for summary judgment; telephone conference with plaintiff's lawyer regarding same; |
| 12/15/06 | T. Daniel | 0.10 | Emails regarding motion for summary judgment briefing schedule; |

|  |  |
|---|---|
| Total For Services | $82.50 |
| **Total This Invoice** | **$82.50** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 0.30 | 275.00 | 82.50 |
| Total | 0.30 | 275.00 | $82.50 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 17, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3433990

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:    33454-0002

January 18, 2007

Invoice  3433990

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX  77478

---

INVOICE

---

**FOR SERVICES THROUGH 12/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $82.50 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$82.50** |

**Jason Bresser**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/11/06 | T. Daniel | 0.20 | Review scheduling regarding motion for summary judgment; telephone conference with plaintiff's lawyer regarding same; |
| 12/15/06 | T. Daniel | 0.10 | Emails regarding motion for summary judgment briefing schedule; |

| | |
|---|---|
| Total For Services | $82.50 |
| **Total This Invoice** | **$82.50** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.30 | 275.00 | 82.50 |
| Total | 0.30 | 275.00 | $82.50 |

TMD

### _This invoice is for current charges only._
### _Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account._
### _Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 17, 2007_

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3433990

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 33454-0002

February 22, 2007

Invoice 3450619

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX 77478

---

## INVOICE

**FOR SERVICES THROUGH 01/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,483.00 |
| Disbursements and Other Charges | $790.67 |
| **TOTAL DUE THIS INVOICE** | **$5,273.67** |

### Jason Bresser

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 01/09/07 | T. Daniel | 0.30 | Review opposition to motion for summary judgment; conference with J. Nist regarding draft reply brief; |
| 01/09/07 | J. Nist | 0.70 | Review opposition to summary judgment motion; |
| 01/10/07 | J. Nist | 5.50 | Review deposition of plaintiff; draft reply brief; |
| 01/11/07 | T. Daniel | 0.20 | Conference with J. Nist regarding covenant of good faith and fair dealing reply and argument; |
| 01/11/07 | J. Nist | 5.70 | Research regarding covenant of good faith and fair dealing; draft reply brief; |
| 01/12/07 | J. Nist | 3.60 | Research regarding convenant of good faith and fair dealing; draft reply brief; |
| 01/15/07 | J. Nist | 2.80 | Draft reply brief and research regarding same; |
| 01/16/07 | T. Daniel | 0.40 | Review and revise reply to opposition to motion for summary judgment; |
| 01/16/07 | J. Nist | 3.70 | Revise and finalize reply brief; |
| 01/17/07 | T. Daniel | 0.20 | Emails with M. Beasley regarding reply brief; |
| 01/18/07 | T. Daniel | 0.30 | Emails with M.L. Beasley regarding reply brief; final review; |

| | |
|---|---|
| Total For Services | $4,483.00 |

### Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 12.80 |
| Computer research | 777.87 |
| Disbursement and Other Charges Total | $790.67 |
| **Total This Invoice** | **$5,273.67** |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

33454-0002                         February 22, 2007                    Invoice  3450619

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 1.40 | 295.00 | 413.00 |
| J. Nist | 22.00 | 185.00 | 4,070.00 |
| Total | 23.40 | 191.58 | $4,483.00 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 24, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  33454, Invoice  3450619

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 33454-0002

November 15, 2007

Invoice 3614859

Marcheta Leighton-Beasley
Litigation Manager
Schlumberger Limited
225 Schlumberger Drive
Sugar Land, TX 77478

## INVOICE

**FOR SERVICES THROUGH 10/31/07, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $118.00 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$118.00** |

### Jason Bresser

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/31/07 | T. Daniel | 0.40 | Review order; review file and send email to M. Beasley regarding same; |

| | |
|---|---|
| Total For Services | $118.00 |
| **Total This Invoice** | **$118.00** |

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.40 | 295.00 | 118.00 |
| Total | 0.40 | 295.00 | $118.00 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 15, 2007*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 33454, Invoice 3614859

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES