Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK  99501-1981
Telephone:  907.279.8561
Facsimile:  907.276.3108

Attorneys for Defendant
Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>            Plaintiff,<br><br>   v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>            Defendant. | Case No. 3:05-CV-246-tmb |

### NOTICE OF COST BILL HEARING

On January 8, 2008, at the hour of 9 a.m., a hearing for the taxing of costs in this action will be held by the Clerk of Court at 222 West 7th Avenue, Room 229, Anchorage, Alaska.  At that time, any party may present objections to the cost bill, either orally or in writing, in accordance with Alaska Rule of Civil Procedure 79(c).

NOTICE OF COST BILL HEARING
33454-0002/LEGAL13839024.1

DATED: January 2, 2008.

            **PERKINS COIE LLP**
            Attorneys for Defendant
            Schlumberger Technology Corporation

            s/Thomas M. Daniel
            Thomas M. Daniel
            Alaska Bar No. 8601003
            1029 West Third Ave., Suite 300
            Anchorage, Alaska 99501
            907/279-8561/907/276-3108 (fax)
            tdaniel@perkinscoie.com

I hereby certify that a copy of foregoing was served electronically on Joe P. Josephson.

s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NOTICE OF COST BILL HEARING     -2-
33454-0002/LEGAL13839024.1