IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>                    Plaintiff,<br>vs.<br><br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION,<br>                    Defendant. | Case No. 3:05-cv-00246-TMB<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

   ___   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Schlumberger Technology Corporation recover costs from Jason Bresser. `Total costs taxed for the defendant and against the plaintiff in the amount of $1,486.00.*`

APPROVED:

   /s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| December 18, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |

`*re-distributed on 1/8/08 w/costs`