Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>    Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Defendant. | Case No. 3:05-CV-246-tmb |

### NOTICE OF LODGING PROPOSED ORDER REGARDING DEFENDANT'S MOTION FOR ATTORNEYS' FEES

Notice is hereby given that defendant is lodging herewith a proposed Order on Defendant's Motion for Attorney's Fees which was filed on December 31, 2007.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NOTICE OF LODGING PROPOSED ORDER    -1-
33454-0002/LEGAL13838479.1

DATED: February 27, 2008.

        **PERKINS COIE LLP**
        Attorneys for Defendant
        Schlumberger Technology Corporation

        s/Thomas M. Daniel
        Thomas M. Daniel
        Alaska Bar No. 8601003
        1029 West Third Ave., Suite 300
        Anchorage, Alaska 99501
        907/279-8561/907/276-3108 (fax)
        tdaniel@perkinscoie.com

I hereby certify that a copy of foregoing was served electronically on Joe P. Josephson.

s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
907.279.8561 / Facsimile 907.276.3108

NOTICE OF LODGING PROPOSED ORDER   -2-
33454-0002/LEGAL13838479.1