Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Schlumberger Technology Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>        Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>        Defendant. | Case No. 3:05-cv-246-TMB |

### [Proposed] ORDER ON MOTION FOR ATTORNEYS' FEES

Having considered defendant's Motion for Attorneys' Fees, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall pay to defendant the sum of $_____.

DATED at Anchorage, Alaska, this ____ day of _____, 2008.

        By _____
           Honorable Timothy M. Burgess
           United States District Court Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
33454-0002/LEGAL14019639.1
2/27/08

- 1 -

[/14019639_1.DOC]

I hereby certify that a copy of foregoing will be served electronically on Joe P. Josephson.

s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
33454-0002/LEGAL14019639.1
2/27/08

- 2 -

[/14019639_1.DOC]