IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JASON BRESSER,<br><br>           Plaintiff,<br><br>v.<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>           Defendant. | Case No. 3:05-cv-246-TMB |

**ORDER ON MOTION FOR ATTORNEYS' FEES**

       Having considered defendant's Motion for Attorneys' Fees, and there being no opposition,

       IT IS HEREBY ORDERED that the motion at Docket [47] is GRANTED. Plaintiff shall pay to defendant the sum of $11,050.

       DATED at Anchorage, Alaska, this 29th day of February, 2008.

                                           /s/ Timothy M. Burgess

                                           TIMOTHY M. BURGESS
                                           U. S. DISTRICT COURT JUDGE