IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JASON BRESSER, | |
|---|---|
| Plaintiff, | Case No. 3:05-cv-00246-TMB |
| vs. | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

___   JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant Schlumberger Technology Corporation recover costs from Jason Bresser. Total costs taxed for the defendant and against the plaintiff in the amount of $1,486.00.* Plaintiff shall pay to defendant $11,050.00 in attorneys' fees.**

APPROVED:

/s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| December 18, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |

*re-distributed on 1/8/08 w/costs
**re-distributed on 2/29/08 w/atty fees